

FILED

JUL 30 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

E-FILING

1   Jordan L. Lurie (SBN 130013)
    JLurie@initiativelegal.com
2   Lesley Weaver (SBN 191305)
    LWeaver@initiativelegal.com
3   Sue Kim (SBN 256392)
    SKim@initiativelegal.com
4   Initiative Legal Group APC
    1800 Century Park East, 2nd Floor
5   Los Angeles, California 90067
    Telephone:  (310) 556-5637
6   Facsimile:  (310) 861-9051

7   D. J. Morgado, Esq.
    Feldman, Fox & Morgado, P.A.
8   100 North Biscayne Blvd.
    29th Floor, Suite 2902
9   Miami, Florida 33132
    Telephone: 305-222-7850
10  Facsimile: 305-384-4676
    Email: dmorgado@ffmlawgroup.com
11  (Pro Hac Admission to Follow Shortly)

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16  LUIS ROSADO, individually, and on      Case No. CV 12-04005
    behalf of other members of the
17  general public similarly situated,      CLASS ACTION COMPLAINT

18                  Plaintiff,             (1)  Violation of Unfair Competition
                                                Law (Cal. Business &
19         vs.                                  Professions Code §§ 17500, *et
                                                seq.*);
20  EBAY, INC., a Delaware                 (2)  Violation of the Consumers
    corporation,                               Legal Remedies Act (Cal. Civil
21                                              Code §§ 1750, *et seq.*);
                    Defendant.            (3)  Violation of Unfair Competition
22                                              Law (Cal. Business &
                                                Professions Code §§ 17200, *et
23                                              seq.*);
                                          (4)  Breach of Covenant of Good
24                                              Faith and Fair Dealing;
                                          (5)  Breach of Quasi-Contract; and
25                                        (6)  Declaratory Judgment.

26                                        **Jury Trial Demanded**

27

28

**BY FAX**

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    Plaintiff, Luis Rosado, individually and on behalf of all others similarly

2    situated, brings this action for damages and injunctive relief and states:

3

4                       **INTRODUCTORY STATEMENT**

5        1.      Pursuant to Federal Rule of Civil Procedure 23, Plaintiff brings this

6    action individually and on behalf of all others similarly situated against eBay, Inc.

7    and eBay Motors (collectively, "eBay") sellers who paid a fee to list a "Buy It

8    Now" item on eBay's website only to have the item delisted prior to the expiration

9    of the listing period, even though the item was not sold. Those sellers thus did not

10   receive the benefit of their bargain, and now seek either a full refund or to have

11   their items listed for the term of days as originally contracted.

12       2.      Sellers who list a "Buy It Now" item on eBay pay to have the item

13   listed at a particular "fixed price" for a specified duration (i.e., five days, seven

14   days, ten days, thirty days, etc.). To initiate the purchase of a "Buy It Now" item,

15   the buyer simply clicks the "Buy It Now" button within the listing. When the

16   "Buy It Now" button is clicked, eBay automatically delists the item from the eBay

17   website. However, eBay does not require the buyer to actually pay for the item

18   before delisting it. As a result, the item is not actually sold at the time of the

19   delisting. Consequently, if the sale does not occur, sellers are deprived of the

20   benefit they paid for. That is, sellers who have paid a fee to list an item for a

21   specific time period have their items removed from the website before the time

22   period expires and are not compensated.

23       3.      eBay refuses to fully refund their listing fees under any

24   circumstances or, alternatively, provide the remainder of days to relist their items

25   without incurring additional fees. This includes instances where eBay

26   affirmatively commands the seller not to complete the transaction. Despite eBay's

27   knowledge that these items were prematurely delisted, eBay refuses to fully refund

28   Plaintiff and class members. eBay's unfair and deceptive business practices have

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   caused Plaintiff and other sellers to lose millions of dollars in listing fees paid to

2   list items that were delisted prematurely by eBay.  Plaintiff, on behalf of himself

3   and all other similarly situated persons, seeks actual and/or compensatory

4   damages, restitutionary and equitable relief, costs and expenses of litigation,

5   attorneys' fees, and all other available relief for Plaintiff and all other members of

6   the classes described below.

### JURISDICTION and VENUE

8   4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §

9   1332(d)(2) because this case is filed as a class action under Federal Rules of Civil

10  Procedure 23 and the aggregate amount in controversy exceeds the sum of

11  $5,000,000, exclusive of interest and costs, and a substantial number of members

12  of the class are citizens of a state different from California.

13  5.      Venue is proper in this district and division under 28 U.S.C. §

14  1391(a) because a substantial part of the events or omissions giving rise to the

15  claims asserted herein occurred in this judicial district.  Further, eBay resides in

16  this district and is subject to personal jurisdiction in the Northern District of

17  California.

18  6.      Pursuant to Local Rules 3-2(c) and 3-5(b), a substantial part of the

19  events or omissions giving rise to the claims asserted herein occurred in Santa

20  Clara County, where eBay is located, and this case should be assigned to the San

21  Jose division, pursuant to Local Rule 3-2(e).

### PARTIES

23  7.      Plaintiff Luis Rosado is a citizen and resident of Florida.  Rosado has

24  been a seller on eBay since May of 2005.  Rosado is typical of the class of sellers

25  insofar as he has been charged listing fees for a "Buy It Now" item that was

26  delisted prematurely, and has not been fully refunded the fees paid.

27  8.      Defendant eBay, Inc. is a Delaware Corporation with its principal

28  office at 2145 Hamilton Avenue, San Jose, California 95125.  eBay may be served

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   through its registered agent, National Registered Agents, Inc., 515 E. Park

2   Avenue, Tallahassee, Florida 32301.

3       9.      eBay Motors is, on information and belief, an unincorporated division

4   of eBay.

5       10.     Based upon information and belief, due to the millions of eBay

6   sellers, the class of unnamed plaintiffs exceeds 100 in number within the meaning

7   of 28 U.S.C. § 1332(d)(5)(B).

8                           **FACTUAL ALLEGATIONS**

9       11.     eBay is an online auction and classified advertisement website.  In its

10  own words, "[w]ith more than 100 million active users globally (as of Q4 2011),

11  eBay is the world's largest online marketplace, where practically anyone can buy

12  and sell practically anything.  Founded in 1995, eBay connects a diverse and

13  passionate community of individual buyers and sellers, as well as small

14  businesses. Their collective impact on e-commerce is staggering: In 2011, the total

15  value of goods sold on eBay was $68.6 billion -- more than $2,100 every

16  second."[1]

17      12.     According to its 2008 Form 10-K, eBay's purpose is to provide

18  "online marketplaces for the sale of goods and services as well as other online

19  commerce or e-commerce," among other things.  eBay had approximately 86.3

20  million active users at the end of 2008  (i.e., persons who bid on, bought, or listed

21  an item during the preceding 12-month period).

22      13.     eBay operates several distinct websites, including eBay.com and

23  eBay Motors.  eBay.com is located at www.ebay.com and generally carries

24  listings involving non-vehicle related merchandise.  eBay Motors is located at

25

26

27  [1] *See* http://www.ebayinc.com/who, last visited May 25, 2012.

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    www.motors.ebay.com or www.ebaymotors.com and specializes in the sale of

2    vehicles and vehicle-related merchandise, including vehicle parts and accessories.

3        14.    In order to list items for sale on either eBay.com or eBay Motors,

4    eBay requires sellers to first become "members" of eBay by accepting their User

5    Agreement.  Their User Agreement is a contract of adhesion and its terms are not

6    negotiable by prospective eBay members who must either accept the agreement or

7    not become members.

8        15.    Non-compliance with eBay requirements and instructions can subject

9    the seller to a host of severe consequences, imposed at eBay's sole discretion,

10   including account termination.  "Without limiting other remedies, we may limit,

11   suspend or terminate our service and user accounts, prohibit access to our sites and

12   their content, services and tools, delay or remove hosted content, and take

13   technical and legal steps to keep users off the sites if we think that they are

14   creating problems or possible legal liabilities, infringing the intellectual property

15   rights of third parties, or acting inconsistently with the letter or spirit of our

16   policies (for example, and without limitation, policies related to shill bidding,

17   conducting off-eBay transactions, feedback manipulation, circumventing

18   temporary or permanent suspensions or users who we believe are harassing our

19   employees or other users)."[2]

20       16.    eBay states in their User Agreement that it will charge fees to sellers

21   based upon its "Fees schedule," which hyperlinks to the web page at

22   http://pages.ebay.com/help/sell/fees.html, and which in turn provides another

23   hyperlink to the eBay Motors fee schedule located at

24   http://pages.ebay.com/help/sell/motorfees.html (the "eBay Motors Fee Schedule").

25   The User Agreement, the Fees schedule, and the eBay Motors Fee Schedule

26

27       [2] *See* located at http://pages.ebay.com/help/policies/user-agreement.html (the "User
     Agreement"), last visited on May 10, 2012.

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   comprise the operative contractual documents for determining the manner and

2   method of calculating the fees that should be charged to sellers on eBay and eBay

3   Motors.

4       17.    There are four general types of fees that eBay charges for selling

5   items: an "Insertion fee" is a "fee charged when you list your item on eBay"; a

6   "Listing upgrade" fee is an additional fee charged only if you "choose optional

7   selling features such as Subtitle, Bold, Listing Designer, etc."; a "Final value fee"

8   is a fee based "upon the final sale price of your item. This fee only applies if your

9   item sells. It's a percentage of the total item price (including shipping)"; and a

10   "PayPal" fee which is only charged if "you collect payment through PayPal."[3]

11       18.    There are three general ways eBay members may list items for sale:

12   auction-style, fixed-price for a set amount of time, or an online classified

13   advertisement at www.ebay.com. When items are sold at a fixed price, a "Buy It

14   Now" button appears in the listing. When that button is clicked by a prospective

15   buyer, the item is delisted from eBay.

16       19.    This action imposes insertion fees and listing upgrade fees

17   (sometimes collectively referred to herein as "listing fees") paid in conjunction

18   with the listing of fixed price items in a "Buy It Now" format. This action does

19   not concern final value fees or PayPal fees.

20       20.    The problem at issue in this action is this: eBay delists a fixed price

21   item when a prospective buyer clicks the "Buy It Now" button, even if that

22   prospective buyer does not complete the transaction. In some instances, eBay will

23   flag some transactions as potential fraud and command the seller not to complete

24   the transaction. The result is that sellers will have their items delisted at eBay's

25

26   [3] *See*

27   http://pics.ebaystatic.com/aw/pics/pdf/us/sellercentral/pdf/New_Selling_Guide_20110930.pdf, last visited on May 25, 2012.

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    direction, and without a full refund of the listing fee or credit for the set amount of

2    time not used. Although eBay's User Agreement states that listing fees are non-

3    refundable, nowhere does eBay explain that it will automatically delist "Buy It

4    Now" listings whenever a prospective buyer clicks the "Buy It Now" option

5    regardless of whether or not payment is made. In addition, nowhere does eBay

6    explain that it will command sellers to not complete certain transactions at eBay's

7    sole discretion. Thus, while prospective sellers are on notice that they will not

8    receive a refund if their item runs its course and does not sell, they have no reason

9    to suspect their item may be delisted prematurely by a prospective buyer clicking

10    the "Buy It Now" button but not paying. To the contrary, eBay deceptively

11    creates the opposite impression. A reasonable person would expect that in order

12    to "Buy It Now" and cause the item to be delisted, one would actually have to

13    complete the transaction by purchasing the item.

14          21.    eBay also misleads sellers to believe that it will not become involved

15    in transactions: "We are not involved in the actual transaction between buyers and

16    sellers."[4] However, as stated, despite this express statement, eBay does in fact

17    regularly request that sellers not complete transactions if, for example, eBay

18    suspects fraud. Even in such instances, eBay refuses to refund listing fees paid in

19    connection with "Buy It Now" items and refuses to credit sellers with the

20    remaining time after the item was delisted.

21          22.    eBay's unfair and deceptive business practices have caused Plaintiff

22    and other consumers to incur damages. They have paid for listing items for a time

23    period that was not honored and/or paid additional fees to re-list items for days

24    already paid for. Plaintiff, on behalf of himself and all other similarly situated

25    persons, seeks actual and/or compensatory damages, restitutionary and equitable

26

27    [4] *See* located at http://pages.ebay.com/help/policies/user-agreement.html (the "User Agreement"), last visited on May 25, 2012.

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    relief, costs and expenses of litigation, attorneys' fees, and all other available

2    relief for Plaintiff and all other members of the classes described below.

### PLAINTIFF'S FACTS

3

4        23.    Plaintiff Rosado listed his automobile (a 2002 Mitsubishi Lancer OZ

5    Rally) on eBay Motors on three occasions beginning in February of 2011.

6        24.    Mr. Rosado first listed his vehicle for sale on February 8, 2011; he

7    was charged a listing fee of $36 for 21 days and a picture fee of $0.25.

8        25.    Because Mr. Rosado's vehicle failed to sell, he re-listed it on March

9    1, 2011, again paying a $36 listing fee for 21 days.

10       26.    On March 8, 2011, the seventh day with fourteen (14) days

11   remaining, a buyer indicated acceptance of Plaintiff's sale of the vehicle by

12   clicking on the "Buy It Now" button. As a result, eBay automatically delisted the

13   vehicle, thus preventing any other person from buying it.

14       27.    However, instead of purchasing the vehicle by depositing funds into

15   Plaintiff's PayPal account, the buyer requested that Plaintiff cash a certified check

16   for more than the purchase price of the vehicle and send the difference back to the

17   buyer.

18       28.    Shortly thereafter, eBay sent an email to Plaintiff informing him that

19   the buyer was proposing a fraudulent transaction. eBay's email ordered Mr.

20   Rosado not to complete the transaction, stating, "Please don't complete the

21   transaction and don't ship the item. You may have received an email saying the

22   buyer has paid. However, that's probably a fake message." In the same email,

23   eBay explained to Plaintiff, for the first time, how such a situation might be

24   avoided: "To help avoid this situation in the future, consider setting a Buy It Now

25   price and requiring buyers to make an immediate payment." This explanation is

26   not offered to sellers like Mr. Rosado when they are paying the listing fee.

27   Consequently, Mr. Rosado paid another $36 to list his car for a third time.

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

29. When Mr. Rosado requested a refund on March 22, 2011, eBay agreed to provide a credit of $4.25, a small fraction of the fees he had paid.

30. eBay's refusal to fully refund the fees paid by Plaintiff or, alternatively, list Plaintiff's product for the remainder of time from his purchased listing period, is typical of, and common to, all members of the Class.

## CLASS ACTION ALLEGATIONS

31. Plaintiff brings this action, on behalf of himself and all others similarly situated, as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

32. The class Plaintiff seeks to represent (the "Class") is defined as follows:

> All United States Residents with eBay accounts who listed an item for sale within the past four (4) years (the "Class Period") and paid eBay one or more insertion fees, or optional features fees ("listing fees"), and whose item was prematurely delisted when the "Buy It Now" button was selected, notwithstanding the fact that payment was never made by the buyer, and who did not receive a full refund or credit for the listing fees paid.

33. Plaintiff also seeks to represent a subclass (the "Subclass") defined as follows:

> All United States Residents with eBay accounts who listed an item for sale within the past four (4) years (the "Class Period") and paid eBay one or more insertion fees, or optional features fees ("listing fees"), and whose item was prematurely delisted when the "Buy It Now" button was selected, notwithstanding the fact that payment was never made by the buyer and eBay

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    specifically instructed the seller not to complete the

2    transaction, and who did not receive a full refund or

3    credit for the listing fees paid.

4    34.    As used herein, the term "class members" shall mean and refer to the

5    members of the Class and Subclass described above.

6    35.    Excluded from the Class and Subclass are Defendant, its affiliates,

7    employees, agents, and attorneys, and the Court.

8    36.    Plaintiff reserves the right to amend the Class and Subclass, and to

9    add additional subclasses, if discovery and further investigation reveals such

10   action is warranted.

11   37.    This action is brought and properly may be maintained as a class

12   action pursuant to the provisions of Federal Rules of Civil Procedure 23(a)(1)-(4)

13   and 23(b)(1), (b)(2), or (b)(3) and satisfies the requirements thereof.

14   38.    The exact number of class members is presently unknown, but given

15   eBay's millions of previous and current sellers, it is reasonable to presume that the

16   members of the Class and Subclass are so numerous that joinder of all members is

17   impracticable. The disposition of their claims in a class action will provide

18   substantial benefits to the parties and the Court.

19   39.    The foregoing allegations are based upon eBay's published policies

20   from its website and actual billing of the Plaintiff and class members. Because

21   there are no variations between and among the agreements, the Court will be able

22   to easily interpret uniformly the policies and apply them to the class members,

23   making the case well suited for Class Certification.

24   40.    This action involves common questions of law and fact, including the

25   following:

26       a.    The construction of the agreements and policies between eBay

27           and the class members, the terms of which are the same as to

28           all class members;

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

b.    Whether the insertion fees and optional features fees charged to each class member whose item was prematurely delisted by a prospective buyer selecting the "Buy It Now" button, but not paying, should be fully refunded;

c.    Whether eBay's fee schedules and the charging of those fees in the factual scenarios described in the class and subclass definitions are unlawful, unfair, or fraudulent businesses practices;

d.    Whether eBay has breached its agreement and covenant of good faith and fair dealing with each class member;

e.    Whether eBay failed to notify, and omitted to state, that certain items may be delisted prematurely through no fault of the seller, but that Plaintiff and class members would still not be fully refunded the listing fee in those instances;

f.    Whether eBay has violated California Business & Professions Code section 17200;

g.    Whether eBay was unjustly enriched by charging fees in excess of what it agreed to and promised for; and

h.    The method of calculation and extent of damages for members of the Class.

41.    Plaintiff's claims are typical of those of the Class and Subclass because Plaintiff and class members suffered injury in fact and lost money as a result of Defendant's wrongful conduct.

42.    Plaintiff will adequately protect the interests of class members and has retained counsel who are experienced in consumer class action litigation. Plaintiff has no interests that are adverse to or conflict with those of the class members. Plaintiff is committed to the vigorous prosecution of this action and, to that end, Plaintiff has retained counsel who are competent and experienced in

1    handling class actions on behalf of consumers.

2        43.    A class action is superior to all other available methods for the fair

3    and efficient adjudication of this controversy since joinder of all members is

4    impracticable.  Furthermore, as the amount suffered by individual class members

5    may be relatively small, the expense and burden of individual litigation make it

6    impossible for class members to individually redress the wrongs done to them.

7    There will be no difficulty in the management of this case as a class action.

8        44.    In the alternative, this action is certifiable under the provisions of

9    Federal Rule of Civil Procedure 23(b)(1) and/or 23(b)(2) because:

10           a.    The prosecution of separate actions by individual class

11                 members would create a risk of inconsistent or varying

12                 adjudications with respect to individual class members which

13                 would establish incompatible standards of conduct for

14                 Defendant.

15           b.    The prosecution of separate actions by individual class

16                 members would create a risk of adjudications as to them

17                 which would, as a practical matter, be dispositive of the

18                 interests of the other class members not parties to the

19                 adjudications, or substantially impair or impede their ability

20                 to protect their interests; and

21           c.    Defendant has acted or refused to act on grounds generally

22                 applicable to the Class, thereby making appropriate final

23                 injunctive relief or corresponding declaratory relief with

24                 respect to the Class and Subclass and necessitating that any

25                 such relief be extended to class members on a mandatory,

26                 class-wide basis.

27        45.    Plaintiff is not aware of any difficulty which will be encountered in

28    the management of this litigation which should preclude its maintenance as a class

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   action.

2       46.     Among other things, each class member's interest in individually

3   controlling the prosecution of the claims herein makes it virtually impossible to

4   assert those claims outside the class action context

5       47.     There are no likely difficulties in managing this case as a class action

6   and the Plaintiff's counsel is experienced in class actions.

7       48.     Moreover, the class definition is ascertainable and lends itself to class

8   certification because eBay keeps records of its sellers and transactions, and with

9   respect to the Subclass, eBay would have affirmatively notified sellers, through

10  email, to not complete allegedly fraudulent transactions.  eBay can therefore easily

11  produce the records that would identify all class members.

**FIRST CAUSE OF ACTION**

**Violation of the California False Advertising Act, Business & Professions**
**Code Section 17500**

15      49.     Plaintiff repeats and re-alleges paragraphs 1 through 48, as if set

16  forth fully herein.

17      50.     California Business and Professions Code section 17200 prohibits

18  "any unlawful, unfair or fraudulent business act or practice."  For the reasons

19  described above, Defendant has engaged in unlawful, unfair, and/or fraudulent

20  business acts or practices in violation of California Business and Professions Code

21  section 17200.

22      51.     Defendant unfairly and fraudulently omitted material facts, including,

23  but not limited to, the fact that: certain "Buy It Now" items may be prematurely

24  delisted by eBay without the supposed sale transaction being completed, through

25  no fault of the seller, without a full refund or credit of the listing fee.  Defendant

26  also omitted to disclose that it would, in certain instances, command sellers not to

27  complete transactions, but still would not fully refund or credit listing fees.

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    52.   As discussed in more detail above, Defendant's policy and practice of

2   knowingly failing to fully refund listing fees, and charging additional re-listing

3   fees, despite the transactions not being completed is unlawful, unfair, and/or

4   fraudulent in that it violates at least the following laws:

5          a.     Breach of contract and duty of good faith and fair dealing;

6          b.     Breach of quasi-contract or implied-contract;

7          c.     California Business & Professions Code section 17500 because

8                 eBay's representations regarding eBay and its fees were untrue

9                 and misleading and eBay knew or by the exercise of reasonable

10                care should have known, that these representations were untrue

11                or misleading;

12         d.     California Business & Professions Code section 17507 because

13                eBay's representations regarding eBay and its fees were a bait

14                and switch tactic and its advertising claims or representations

15                were unclear and improper;

16         e.     California Business & Professions Code section 12024.1; and

17         f.     California Civil Code sections 1572, 1709, 1710, and 1750.

18    53.   Defendant's misrepresentations and omissions of material facts, as set

19   forth herein, also constitute "unfair" business acts and practices within the

20   meaning of California Business and Professions Code section 17200, because any

21   utility for Defendant's conduct is outweighed by the gravity of the consequences

22   to Plaintiff and class members, and because their conduct was injurious to

23   consumers, offended public policy, and was unethical and unscrupulous.  Plaintiff

24   also asserts a violation of public policy by withholding material facts from

25   consumers.  Defendant's violation of consumer protection and unfair competition

26   laws in California and other states resulted in harm to consumers.

27    54.   There were reasonable alternatives available to Defendant to further

28   Defendant's legitimate business interests, other than the conduct described herein.

INITIATIVE LEGAL GROUP APC
1850 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    55.    California Business and Professions Code section 17200 also

2    prohibits any "fraudulent business act or practice."

3    56.    Defendant's material misrepresentations, and concealment and

4    omission of material facts, as set forth above, were false, misleading, and/or likely

5    to deceive the public within the meaning of California Business and Professions

6    Code section 17200.

7    57.    Defendant's concealment was made with knowledge of its effect, and

8    was done to induce Plaintiff and class members to subscribe to sign up as eBay

9    sellers and thereafter pay listing fees.  Plaintiff and class members justifiably

10   relied on Defendant's misrepresentations and material omissions when signing up

11   as eBay sellers and paying listing fees.

12   58.    Defendant's conduct caused and continues to cause injury to Plaintiff

13   and the other class members.  Plaintiff and class members have suffered injury in

14   fact and have lost money as a result of Defendant's fraudulent conduct in the form

15   of listing fees.

16   59.    Defendant has thus engaged in unlawful, unfair, and fraudulent

17   business acts entitling Plaintiff and class members to judgment and equitable relief

18   against Defendant, as set forth in the Prayer for Relief.

19   60.    Additionally, pursuant to Business and Professions Code

20   section 17203, Plaintiff and class members seek an order requiring Defendant to

21   immediately cease such acts of unlawful, unfair, and fraudulent business practices

22   and require Defendant to correct their actions.

23   61.    eBay's conduct, as described above, violates California Business &

24   Professions Code section 17200 and entitles Plaintiff and class members to

25   restitution and injunctive relief.

26   ///

27   ///

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

**SECOND CAUSE OF ACTION**

**Violation of the Consumers Legal Remedies Act**

**(California Civil Code Section 1750)**

62.     Plaintiff repeats and re-alleges paragraphs 1 through 61, as if set forth fully herein.

63.     This cause of action is brought pursuant to the Consumers Legal Remedies Act, California Civil Code section 1750 ("CLRA").

64.     The CLRA has adopted a comprehensive statutory scheme prohibiting various deceptive practices in connection with the conduct of a business providing goods, property or services to consumers primarily for personal, family, or household purposes.

65.     Defendant is a "person" as defined by Civil Code section 1761(c) because it is a corporation.

66.     Plaintiff and class members are "consumers" within the meaning of Civil Code section 1761(d) because they are individuals who subscribed to and paid a service fee for action or advertisement services from Defendant for personal and household use.

67.     Defendant's listing and advertisement services are "services" within the meaning of California Civil Code section 1761(b).

68.     Plaintiff's and class members' payments for the services of Defendant are "transaction[s]" as defined by Civil Code section 1761(e) because Defendant entered into an agreement to provide those services in exchange for Plaintiff's and class members' monetary compensation.

69.     Plaintiff has standing to pursue this claim as he has suffered injury in fact and has lost money as a result of Defendant's actions as set forth herein. Specifically, Plaintiff paid listing fees for listing his vehicle on Defendant's website.

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

70. Plaintiff and class members reviewed, believed, and relied upon the statements made by Defendant including omissions of fact that certain items may be delisted prematurely as explained more fully above, despite the sale transaction not being completed and through no fault of the seller, without a full refund of the listing fees or credit to the sellers. Defendant also omitted to disclose that it would, in certain instances, command sellers not to complete transactions but still not fully refund listing fees or credit the remaining days to the sellers.

71. As set forth above, Defendant violated and continues to violate the CLRA by engaging in the following practices proscribed by California Civil Code section 1770(a)(19) in transactions with Plaintiff and class members by inserting an unconscionable provision in the contract. In particular, Defendant's "no refund" policy/provision of the User Agreement is unconscionable given that certain items may be delisted, despite the fact that the sale transaction was not completed and through no fault of the seller, without refund of the listing fees or credit to the sellers of the remaining days. The "no refund" policy/provision is also unconscionable, given that eBay refuses to refund listing fees or credit sellers in instances where it has commanded the seller not to complete the transaction, as described above.

72. Defendant further violated the CLRA as described above.

73. On July 26, 2012, pursuant to Section 1782 of the CLRA, Plaintiff notified Defendant in writing of the particular violations of Section 1770 of the CLRA and demanded that Defendant rectify the problems associated with the behavior detailed above, which acts and practices are in violation of Civil Code section 1770.

74. Defendant failed to adequately respond to Plaintiff's above-described demands and failed to give notice to all affected consumers pursuant to Civil Code section 1782.

75.     Plaintiff has filed concurrently herewith the declarations of venue required by Civil Code section 1780(d).

76.     Plaintiff seeks an order enjoining the act and practices described above, restitution of property, any other relief that the Court deems proper.

77.     Currently, Plaintiff only seeks equitable and injunctive relief through the CLRA.  Upon Defendant's failure to rectify or agree to adequately rectify the problems associated with the actions detailed above, Plaintiff will amend his complaint to additionally seek damages, restitutionary relief, punitive damages, attorneys' fees and costs, and any other relief available under Section 1780(a) of the CLRA.

### THIRD CAUSE OF ACTION

### (Breach of Implied Covenant of Good Faith and Fair Dealing)

78.     Plaintiff incorporates by reference and re-alleges as if fully stated herein the material allegations set out in paragraphs 1 through 77.

79.     Every contract or agreement contains an implied covenant of good faith and fair dealing by each party not to do anything which will deprive the other party of the benefits of the contract, and a breach of this covenant by failure to deal fairly or in good faith gives rise to an action for damages. *Sutherland v. Barclays American/Mortgage Corp.*, 53 Cal. App. 4th 299; *Harm v. Frasher*, 181 Cal. App. 2d 405; and *Seaman's Direct Buying Serv., Inc. v. Standard Oil Co.*, 36 Cal. 3d 752.

80.     The covenant imposes on each party the duty to refrain from doing anything which would render performance of the contract or agreement impossible by act of his own, and also the duty to do everything that the contract or agreement presupposes that each party will do to accomplish its purpose. *April Enters., Inc. v. KTTV*, 147 Cal. App. 3d 805; *Harm v. Frasher*, 181 Cal. App. 2d 405.

81.     A party to a contract or agreement breaches the implied covenant of

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1    good faith and fair dealing by interfering with or failing to cooperate with the

2    other party in the performance of the contract or agreement. *Sutherland v.*

3    *Barclays American/Mortgage Corp.*, 53 Cal. App. 4th 299; *Harm v. Frasher*, 181

4    Cal. App. 2d 405.

5        82.    The breaching party is liable for all damages proximately resulting

6    from the conduct. *Quigley v. Pet, Inc.*, 162 Cal. App. 3d 877.

7        83.    Plaintiff and class members have entered into contracts or agreements

8    with Defendant with respect to the sale of their personal items on eBay.  The

9    essential terms of contract or agreement are that Plaintiff and class members will

10   pay listing fees and other associated costs to list their personal items for sale on

11   eBay for specified periods of time.

12       84.    In reliance on Defendant's agreement to process their payments,

13   Plaintiff and class members paid the listing fees and other associated costs.

14       85.    However, Defendant has breached the implied covenant of good faith

15   and fair dealing by enabling prospective buyers to automatically delist items prior

16   to listing expiration, and without paying for the item, by clicking the "Buy It

17   Now" button, and failing to fully refund the listing fees or credit remaining days in

18   such instances.  Defendant has also breached the implied covenant of good faith

19   and fair dealing by commanding Plaintiff and class members not to complete

20   transactions eBay unilaterally determines maybe be fraudulent, and then failing to

21   fully refund listing fees or credit remaining days despite the transactions not being

22   completed as instructed by eBay.

23       86.    As a direct and proximate result of Defendant's breach of the implied

24   covenant of good faith and fair dealing, Plaintiff and other consumers have

25   incurred listing fees and other associated costs only to have their items

26   prematurely delisted through no fault of their own and without a full refund or

27   credit.

28

CLASS ACTION COMPLAINT

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1     87.    Plaintiff, on behalf of himself and all other similarly situated persons,

2    seeks actual and/or compensatory damages, restitutionary and equitable relief,

3    costs and expenses of litigation, attorneys' fees and all other available relief for

4    Plaintiff and all other members.

5                 **FOURTH CAUSE OF ACTION**

6    **Violation of California Business & Professions Code Section 17200**

7     88.    Plaintiff incorporates by reference and re-alleges as if fully stated

8    herein the material allegations set out in paragraphs 1 through 87.

9     89.    California Business & Professions Code section 17200 prohibits acts

10    of "unfair competition," including any "unlawful, unfair, or fraudulent business

11    act or practice."

12     90.    Defendant has engaged in unfair, unlawful, and fraudulent business

13    acts or practices as described in this Complaint, including, but not limited to:

14    automatically delisting items when buyers hit the "But it Now" button despite the

15    prospective buyer not completing the transaction, and/or by commanding Plaintiff

16    and class members not to complete transactions eBay unilaterally determines may

17    be fraud, then failing to fully refund listing fees, failing to credit sellers with the

18    remaining days already paid for, and charging additional re-listing fees, despite

19    the transactions not being completed.

20     91.    Defendant need only have violated one of the various provisions of

21    the Unfair Competition Law to be found strictly liable under this Cause of Action.

22     92.    By engaging in the above described conduct, Defendant has engaged

23    in a fraudulent business act or practice in that they have intentionally and

24    knowingly retained listing fees despite automatically delisting items and/or

25    commanding Plaintiff and class members not to complete transactions eBay

26    unilaterally determines may be fraud, then failing to fully refund listing fees,

27    failing to credit sellers with the remaining days already paid for and charging

28    additional re-listing fees, despite the transactions not being completed through no

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1  fault of Plaintiff and class members. These acts and practices have caused damage
2  to class members throughout the United States and California and impact the
3  public interest.

4       93.    Under the circumstances, the injury to Plaintiff and similarly situated
5  persons greatly outweighs any alleged countervailing benefits.

6       94.    To this day, Defendant continues to violate the Unfair Business
7  Practices Act by continuing to improperly automatically delist items when buyers
8  hit the "But it Now" button despite the prospective buyer not completing the
9  transaction, and by continuing to command Plaintiff and class members not to
10  complete transactions eBay unilaterally determines may be fraud, then failing to
11  fully refund listing fees, failing to credit sellers with the remaining days already
12  paid for and charging additional re-listing fees, despite the transactions not being
13  completed through no fault of Plaintiff or class members.

14       95.    As a direct and proximate cause of Defendant's violation of the
15  Unfair Business Practices Act, Plaintiffs and class members have suffered injury
16  in fact and actual damages.

17       96.    As a proximate result of Defendant's violation of the California
18  Business and Professions Code section 17200, Plaintiff and class members have
19  suffered and will continue to suffer actual damages.

20       97.    As a proximate result of Defendant's violation of the California
21  Business and Professions Code section 17200, Defendant has been unjustly
22  enriched and should be required to make restitution to Plaintiff and class members
23  or disgorge its ill-gotten profits pursuant to Business & Professions Code section
24  17203.

25       98.    Pursuant to California Business & Professions Code section 17203,
26  Plaintiff, both individually and on behalf of the Class, seeks an order of this Court
27  requiring Defendant to immediately cease such acts of unfair competition and
28  enjoining Defendant from continuing to conduct business via the unlawful,

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1  fraudulent or unfair business acts and practices complained of herein and from

2  failing to fully disclose the true nature of its misrepresentations.

3      99.   Plaintiff, on behalf of himself and all others similarly situated, further

4  requests injunctive relief in the form of restitution and disgorgement and all other

5  relief allowed under section 17200, plus interest attorneys' fees and costs pursuant

6  to, *inter alia*, California Code of Civil Procedure section 1021.5.

7                          **FIFTH CAUSE OF ACTION**

8                          **Breach of Quasi-Contract**

9      100.  Plaintiff repeats and re-alleges paragraphs 1 through 99, as if set forth

10  fully herein.

11     101.  To the extent that a contract or agreement did not exist between

12  Plaintiff and class members on the one hand, and Defendant on the other hand, the

13  facts and circumstances alleged herein gave rise to a quasi or implied contract

14  wherein Defendant obligated itself to list "Buy it Now" items posted on its

15  website by Plaintiff and class members for the full listing duration.

16     102.  By accepting Plaintiff's and class members' payments for listing fees

17  but prematurely delisting items when prospective buyers clicked the "Buy it Now"

18  button despite not completing the transaction, including but not limited to

19  instances in which Defendant ordered that the transaction not be completed, then

20  failing to fully refund listing fees or credit Plaintiff and class members with the

21  remaining days already paid for, Defendant received a benefit at the expense of

22  Plaintiff and class members.

23     103.  As a direct and proximate result of the false, misleading, and

24  deceptive statements and material omissions, set forth above, Defendant has been

25  unjustly enriched.

26     104.  Through deliberate misrepresentations or omissions in connection

27  with the advertising, marketing, promotion, and sale of Defendant's services,

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1  Defendant has reaped the benefits of Plaintiff's and class members' payments for

2  listing fees as set forth above.

3      105.   Defendant's conduct created a quasi-contract or implied-contract

4  through which Defendant received a benefit of monetary compensation without

5  providing the consideration promised to Plaintiff and class members.

6  Accordingly, Defendant will be unjustly enriched unless ordered to disgorge those

7  profits for the benefit of Plaintiff and class members.  Plaintiff and class members

8  are entitled to and seek through this action restitution of, disgorgement of, and the

9  imposition of a constructive trust upon all profits, benefits, and compensation

10 obtained by Defendant from its improper conduct as alleged herein.

11                      **SIXTH CAUSE OF ACTION**

12                      **Declaratory Judgment**

13      106.   Plaintiff repeats and re-alleges paragraphs 1 through 105, as if set

14 forth fully herein.

15      107.   Pursuant to 28 U.S.C. § 2201-2, Plaintiff and class members state that

16 an actual controversy with eBay exists and they seek a declaration regarding their

17 rights and other legal relations as follows.

18      108.   Plaintiff and class members seek a declaration that eBay's practice of

19 charging listing fees despite transactions not being completed is unlawful, unfair,

20 unconscionable, fraudulent, and deceptive in violation of California Business &

21 Professions Code section 17200, 17500, and 12024.1, and California Civil Code

22 sections 1572, 1670.5, 1709, 1710, and 1750.

23                          **MISCELLANEOUS**

24      109.   Plaintiff and class members allege that they have fully complied with

25 all contractual and other legal obligations and fully complied with all conditions

26 precedent to bringing this action or all such obligations or conditions are excused.

27 ///

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR JURY TRIAL**

110.   Plaintiff requests a trial by jury of all issues which may be tried by a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

**PRAYER FOR RELIEF**

111.   Plaintiff, on behalf of himself and the Class, requests the following relief:

a.   An order certifying the Class and Subclass and appointing Plaintiff as representative of both the Class and Subclass;

b.   An order certifying the undersigned counsel as Class Counsel;

c.   A declaratory judgment that eBay's policy of charging listing fees, and then failing to fully refund them or credit sellers when transactions are not completed, is unlawful;

d.   An order requiring Defendant, at its own cost, to notify all class members of the alleged misrepresentations and material omissions discussed herein;

e.   An order requiring Defendant to change its policy to provide for automatic refunds when transactions are not completed;

f.   An order requiring Defendant to engage in corrective advertising regarding the omissions set forth above;

g.   Actual damages suffered by Plaintiff and class members or full restitution of all funds acquired from Plaintiff and class members from eBay's unfair business practices, including disgorgement of profits;

h.   Punitive damages, as allowable, in an amount determined by the Court or jury;

i.   Any and all statutory enhanced damages;

j.   All reasonable and necessary attorneys' fees and costs provided by statute, common law or the Court' inherent power;

CLASS ACTION COMPLAINT

1    k.    Pre- and post-judgment interest; and

2    l.    All other relief, general or special, legal and equitable, to

3          which Plaintiff and class members may be justly entitled as

4          deemed by the Court.

5

6    Dated:  July 30, 2012                      Respectfully submitted,

7                                               Initiative Legal Group APC

8

9

By: _____

10       Jordan Lurie
         Lesley Weaver
11       Sue Kim

12       Attorneys for Plaintiff Luis Rosado

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28