| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Maco Stewart, Esq.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000  Fax: (415) 693-2222

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,

    Plaintiff(s),

v.

EBAY, INC., a Delaware corporation,

    Defendant(s).

CASE NO. CV 12-04005-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3,  Maco Stewart , an active member in good standing of the bar of  the District of Columbia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Defendant eBay, Inc.  in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Whitty Somvichian, Esq., Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111-5800  (415) 693-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2012

                                                  Maco Stewart