

1  G. Arthur Meneses (SBN 105260)
   AMeneses@InitiativeLegal.com
2  Initiative Legal Group APC
   1800 Century Park East, Mezzanine
3  Los Angeles, California 90067
   Telephone:  (310) 556-5637
4  Facsimile:  (310) 861-9051

5  D. J. Morgado, Esq.
   Feldman, Fox & Morgado, P.A.
6  100 North Biscayne Blvd.
   29th Floor, Suite 2902
7  Miami, Florida 33132
   Telephone:   305-222-7850
8  Facsimile:    305-384-4676
   Email:  dmorgado@ffmlawgroup.co
9
   Attorneys for Plaintiff Luis Rosado
10



12/15/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated, | Case No.: 5:12-cv-04005-EJD |
|---|---|
| Plaintiff, | Hon. Judge Edward J. Davila<br>Courtroom 4 |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| EBAY, INC., a Delaware corporation, | |
| Defendant. | |

NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Court is hereby asked to enter the appearance of G. Arthur Meneses of Initiative Legal Group APC, and to withdraw appearance of Jordan L. Lurie of Initiative Legal Group APC, who was formerly assigned to represent Plaintiff Luis Rosado, individually and on behalf of a class of similarly situated individuals, in the above-captioned action.

Plaintiff respectfully requests that the service list and the Court's records be revised to reflect G. Arthur Meneses as counsel for Plaintiff and all class members, and that all future communications regarding this case for Plaintiff be also directed to G. Arthur Menses, SBN 105260, AMeneses@InitiaiveLegal.com, 1800 Century Park East, Mezzanine, Los Angeles, CA 90067, Telephone: (310) 556-5637, and Facsimile: (310) 861-9051.

Dated: November 7, 2012                Respectfully submitted,

                                       Initiative Legal Group APC


                                       By: /s/ G. Arthur Meneses
                                           G. Arthur Meneses
                                           Attorney for Plaintiff Luis Rosado