David L. Cheng (SBN 240926)
David.Cheng@capstonelawyers.com
Sue J. Kim (SBN 256392)
Sue.Kim@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:      (310) 943-0396

D. J. Morgado, Esq.
Feldman, Fox & Morgado, P.A.
100 North Biscayne Blvd.
29th Floor, Suite 2902
Miami, Florida 33132
Telephone:     305-222-7850
Facsimile:      305-384-4676
Email:  dmorgado@ffmlawgroup.com

Attorneys for Plaintiff Luis Rosado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EBAY, INC., a Delaware corporation,<br>,<br><br>Defendant. | Case No.: 5:12-cv-04005-EJD<br><br>Hon. Judge Edward J. Davila<br>Courtroom 4<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LUIS ROSADO'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:     November 30, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 4, 5th Floor |

1     GOOD CAUSE HAVING BEEN SHOWN, Plaintiff Luis Rosado's request to appear telephonically at the Case Management Conference ("Conference") scheduled for Friday, November 30, 2012 at 10:00 a.m. in this action is hereby granted. Counsel for Luis Rosado is required to arrange the telephonic appearance with Court Call (866-582-6878) in advance of the Conference.

IT IS SO ORDERED.

Dated:   11/21/2012                  *[signature]*
                                      Hon. Edward J. Davila
                                      United States District Court