IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiff,<br> v.<br><br>EBAY, INC.,<br><br>  Defendant. | CASE NO. 5:12-cv-04005-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Case Management Statement (see Docket Item No. 34), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for November 30, 2012 is VACATED.

The court will reschedule the Case Management Conference in its order addressing the Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: November 27, 2012

EDWARD J. DAVILA
United States District Judge