1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  David Cheng (SBN 240926)
   David.Cheng@capstonelawyers.com
3  Sue Kim (SBN 256392)
   Sue.Kim@capstonelawyers.com
4  Capstone Law APC
   1840 Century Park East, Suite 450
5  Los Angeles, California 90067
   Telephone:  (310) 556-4811
6  Facsimile:   (310) 943-0396

7  D. J. Morgado, Esq.
   Feldman, Fox & Morgado, P.A.
8  100 North Biscayne Blvd.
   29th Floor, Suite 2902
9  Miami, Florida 33132
   Telephone:  (305) 222-7850
10 Facsimile:   (305) 384-4676
   Email: dmorgado@ffmlawgroup.com
11 (Pro Hac Vice)

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14 **SAN JOSE DIVISION**

15

16 LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,

Case No.: 5:12-CV-04005-EJD

17 Hon. Judge Edward J. Davila
   Courtroom 4

18     Plaintiff,

   **[PROPOSED] ORDER RE JOINT STIPULATION TO AMEND PLAINTIFF'S COMPLAINT**

19     vs.

20 EBAY, INC., a Delaware corporation,

21     Defendant.

22

ORDER
CASE NO.: 5:12-CV-04005-EJD

**ORDER**

The Court has read and considered the Parties' Stipulation to Amend Plaintiff's Complaint.

Based on the foregoing stipulation, IT IS HEREBY ORDERED that Plaintiff will file his amended complaint on or before December 28, 2012 and will provide a true and correct copy of the amended complaint to Defendant on or before December 26, 2012. Defendant will file a response to Plaintiff's First Amended Complaint by January 31, 2013, and may seek further relief if it determines that the amended complaint raises issues requiring additional time to respond.

The February 8, 2013 hearing date for Defendant's Motion to Dismiss is hereby vacated. All discovery in this matter will be stayed until the Court has issued a ruling for Defendant's Motion to Dismiss with respect to Plaintiff's First Amended Complaint. In the event Defendant does not file a Motion to Dismiss, the discovery stay will be lifted on January 31, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Clerk shall terminate Docket Item. No. 20.

DATED: December 17, 2012

Hon. Edward J. Davila
United States District Court