UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>EBAY INC., a Delaware corporation,<br><br>        Defendant. | Case No. 5:12-CV-04005-EJD<br><br>**CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on August 22, 2014. Based on the parties' Joint Case Management Statement (see Docket Item No. 75), the Court has determined that an appearance is premature at this time. Accordingly, the Case Management Conference is CONTINUED to September 19, 2014 at 10:00 am. On or before September 12, 2014, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED**

Dated: August 19, 2014

                                                EDWARD J. DAVILA
                                                United States District Judge