IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff(s),<br>  v.<br>EBAY, INC.,<br><br>    Defendant(s). | CASE NO. 5:12-cv-04005 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties Joint Case Management Conference Statement (Docket Item No. 78), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for September 19, 2014, is CONTINUED to **10:00 a.m. on January 9, 2015.** The parties shall file an updated Joint Case Management Conference Statement on or before **January 2, 2015.**

In addition, the above-entitled action is hereby REFERRED to private ADR according the parties' agreement, which shall be completed within 90 days of the date this order is filed.

**IT IS SO ORDERED.**

Dated:  September 15, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-04005 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE