United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated, | Case No.  5:12-cv-04005 EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EBAY, INC., | |
| Defendant. | |

Having reviewed the Joint Case Management Conference Statement filed on January 2, 2015 (Docket Item No. 83), the court concurs with the parties that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for January 8, 2015, is CONTINUED to **10:00 a.m. on February 19, 2015.**  The parties shall file an updated Joint Case Management Conference Statement on or before **February 12, 2015.**

The request to appear telephonically (Docket Item No. 82) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  January 5, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-cv-04005 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE