UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EBAY INC.,<br><br>　　　　Defendant. | Case No.  5:12-cv-04005-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　In their Joint Case Management Conference Statement filed on February 12, 2015 (Docket Item No. 85), the parties agree to continue the Case Management Conference in order to proceed with active settlement discussions.  Accordingly, the Case Management Conference scheduled for February 19, 2015 is CONTINUED to **10:00 a.m. on April 2, 2015**.  The parties shall file an updated Joint Case Management Conference Statement on or before **March 26, 2015**.

　　　　**IT IS SO ORDERED.**

Dated: February 13, 2015

_____
EDWARD J. DAVILA
United States District Judge