UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>EBAY INC.,<br><br>   Defendant. | Case No. 5:12-cv-04005-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 87) the court finds that a scheduling conference should be deferred in order to allow the parties additional time to finalize a settlement.

Accordingly, the Case Management Conference scheduled for April 2, 2015, is CONTINUED to **10:00 a.m. on May 14, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **May 7, 2015**.

**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
EDWARD J. DAVILA
United States District Judge