Jordan L. Lurie (SBN 130013) (Jordan.Lurie@capstonelawyers.com)
Robert K. Friedl (SBN 134947) (Robert.Friedl@capstonelawyers.com)
Tarek H. Zohdy (SBN 247775) (Tarek.Zohdy@capstonelawyers.com)
Cody R. Padgett (SBN 275553) (Cody.Padgett@capstonelawyers.com)
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

D. J. Morgado, Esq. dmorgado@ffmlawgroup.com
Feldman, Fox & Morgado, P.A.
100 North Biscayne Blvd.
29th Floor, Suite 2902
Miami, Florida 33132
Telephone:     (305) 222-7850
Facsimile:     (305) 384-4676

Attorneys for Plaintiff Luis Rosado


COOLEY LLP
WILLIAM P. DONOVAN, JR. (155881) (wdonovan@cooley.com)
1333 Second Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:     (310) 883-6400
Facsimile:     (310) 883-6500

MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
NATHANIEL R. COOPER (262098) (ncooper@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>EBAY INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 5:12-cv-04005-EJD<br><br>**NOTICE OF PRELIMINARY SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING**<br><br>Judge:          Hon. Edward J. Davila<br>Courtroom:   4, Fifth Floor<br>Trial Date:    Not Set |

1    This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12, by and between
2    Plaintiff Luis Rosado ("Plaintiff") and Defendant eBay Inc. ("Defendant") (collectively, the
3    "Parties") by and through their respective undersigned counsel:

4    WHEREAS, on or about September 15, 2014, at the Parties' joint request, the Court
5    continued the Case Management Conference in this matter from September 19, 2014 to January
6    8, 2015 so that the Parties could conduct a private mediation (Dkt. No. 80);

7    WHEREAS, on or about January 5, 2015, at the Parties' further joint request, the Court
8    continued the Case Management Conference in this matter from January 8, 2015 to February
9    19, 2015 so the Parties could exchange further information needed to evaluate whether the
10   matter was appropriate for settlement and to determine the framework for any potential
11   settlement (Dkt. No. 84);

12   WHEREAS, on or about February 13, 2015, at the Parties' further joint request, the
13   Court continued the Case Management Conference in this matter from February 19, 2015 to
14   April 2, 2015 so that the Parties could continue to make progress towards a potential class-wide
15   settlement (Dkt. No. 86);

16   WHEREAS, on or about March 30, 2015, at the Parties' further joint request, the Court
17   continued the Case Management Conference in this matter from April 2, 2015 to May 14, 2015
18   to allow the Parties additional time to finalize a settlement (Dkt. No. 88);

19   WHEREAS, on or about May 6, 2015, the Parties executed a Memorandum of
20   Understanding setting forth the material terms of a proposed class-wide settlement, which
21   remains subject to negotiation of a final Settlement Agreement and the approval of this Court;
22   and

23   WHEREAS, the Parties are continuing to negotiate the final Settlement Agreement
24   which will be presented to the Court in connection with Plaintiff's Motion for Preliminary
25   Approval, which the Parties stipulate and agree that Plaintiff will file on or before July 10,
26   2015.

27   NOW, THEREFORE, the Parties stipulate and agree to (1) mutually request that the
28   Court vacate the May 14, 2015 Case Management Conference and any other pending dates or

deadlines in this matter so that the Parties can finalize the settlement and so that Plaintiff can prepare his Motion for Preliminary Approval, and (2) that Plaintiff's Motion for Preliminary Approval will be filed on or before July 10, 2015.

**IT IS SO STIPULATED.**

Dated: May 7, 2015                                         CAPSTONE LAW APC

                                                           By: /s/ Robert K. Friedl
                                                           Jordan L. Lurie
                                                           Robert K. Friedl
                                                           Tarek H. Zohdy
                                                           Cody R. Padgett

                                                           Attorneys for Plaintiff Luis Rosado

Dated: May 7, 2015                                         COOLEY LLP

                                                           By: /s/ Whitty Somvichian
                                                           Whitty Somvichian

                                                           Attorneys for Defendant eBay Inc.

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court sets a hearing on the anticipated motion for preliminary approval for 9:00 AM on September 10, 2015.

Date: 5/8/2015                                             _____
                                                           Honorable Edward J. Davila
                                                           United States District Judge

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Robert K. Friedl hereby attests that concurrence in the filing of this document has been obtained.*