Jordan L. Lurie (SBN 130013) (Jordan.Lurie@capstonelawyers.com)
Robert K. Friedl (SBN 134947) (Robert.Friedl@capstonelawyers.com)
Tarek H. Zohdy (SBN 247775) (Tarek.Zohdy@capstonelawyers.com)
Cody R. Padgett (SBN 275553) (Cody.Padgett@capstonelawyers.com)
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

D. J. Morgado, Esq. dmorgado@ffmlawgroup.com
Feldman, Fox & Morgado, P.A.
100 North Biscayne Blvd.
29th Floor, Suite 2902
Miami, Florida 33132
Telephone:    (305) 222-7850
Facsimile:    (305) 384-4676

Attorneys for Plaintiff Luis Rosado


COOLEY LLP
WILLIAM P. DONOVAN, JR. (155881) (wdonovan@cooley.com)
1333 Second Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
NATHANIEL R. COOPER (262098) (ncooper@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>EBAY INC., a Delaware corporation,<br><br>            Defendant. | Case No.:  5:12-cv-04005-EJD<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: TIME FOR PLAINTIFF TO FILE HIS MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:         Hon. Edward J. Davila<br>Courtroom:  4, Fifth Floor<br>Trial Date:    Not Set |

This Stipulation is entered into pursuant to Local Rules 6-2[1] and 7-12, by and between Plaintiff Luis Rosado ("Plaintiff") and Defendant eBay Inc. ("Defendant") (collectively, the "Parties") by and through their respective undersigned counsel:

WHEREAS, on or about May 6, 2015, the Parties executed a Memorandum of Understanding setting forth the material terms of a proposed class-wide settlement, which remained and remains subject to negotiation of a final Settlement Agreement and the approval of this Court;

WHEREAS, on or about May 7, 2015 the Parties filed a Notice of Settlement and Stipulation (1) jointly requesting that the Court vacate the May 14, 2015 CMC and other deadlines in this matter to allow the Parties additional time to negotiate the final Settlement Agreement and for Plaintiff to prepare his Motion for Preliminary Approval, and 2) agreeing that Plaintiff's Motion for Preliminary Approval would be filed on or before July 10, 2015 (Dkt. No. 89);

WHEREAS, on or about May 8, 2015, the Court entered an order on the Parties May 7, 2015 stipulation (1) vacating the May 14, 2015 Case Management Conference and other deadlines in this matter, (2) setting the deadline for Plaintiff to file his Motion for Preliminary Approval for July 10, 2015, and (3) setting the hearing on Plaintiff's Motion for Preliminary Approval for September 10, 2015 at 9:00 a.m. (Dkt. No. 90);

WHEREAS, the Parties have exchanged multiple drafts of the final Settlement Agreement and made substantial progress towards finalizing its terms, though a number of issues remain subject to negotiation; and

WHEREAS, the Parties believe that a short extension of the deadline for Plaintiff to file his Motion for Preliminary Approval is necessary so that the Parties can conclude the negotiation over the final Settlement Agreement and so that Plaintiff may finish drafting his

---

[1] Pursuant to Local Rule 6-2(a)(2), at the Parties joint request, the Court previously continued the Case Management Conference ("CMC") in this matter (1) from September 19, 2014 to January 8, 2015 (Dkt. No. 80), (2) from January 8, 2015 to February 19, 2015 (Dkt. No. 84), (3) from February 19, 2015 to April 2, 2015 (Dkt. No. 86) and (4) from April 2, 2015 to May 14, 2015 (Dkt. No. 88).

Motion for Preliminary Approval.

NOW, THEREFORE, the Parties stipulate and agree to mutually request that the Court extend the deadline for Plaintiff to file his Motion for Preliminary Approval two weeks, from July 10, 2015 to July 24, 2015. The requested extension would not affect any other date or deadline in this matter, including the date set for the hearing on Plaintiff's Motion for Preliminary Approval.

**IT IS SO STIPULATED.**

Dated: July 2, 2015                                   CAPSTONE LAW APC

                                                      By: /s/ Robert K. Friedl
                                                      Robert K. Friedl

                                                      Attorneys for Plaintiff Luis Rosado

Dated: July 2, 2015                                   COOLEY LLP

                                                      By: /s/ Whitty Somvichian
                                                      Whitty Somvichian

                                                      Attorneys for Defendant eBay Inc.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 7/7/2015

Honorable Edward J. Davila
United States District Judge

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*