Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Dale James Morgado
Dmorgado@ffmlawgroup.com
Feldman, Fox & Morgado, P.A.
100 North Biscayne Blvd.
29th Floor, Suite 2902
Miami, Florida 33132
Telephone:    (305) 222-7850
Facsimile:    (305) 384-4676

Attorneys for Plaintiff Luis Rosado

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiff,<br><br>       vs.<br><br>EBAY, INC., a Delaware corporation,<br><br>         Defendant. | Case No.:  5:12-cv-04005-EJD<br><br>Assigned for all purposes to the Hon. Edward J. Davila<br><br>**DECLARATION OF ROBERT K. FRIEDL IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRERENTATIVE ENHANCEMENT PAYMENT**<br><br>Date:     February 25, 2016<br>Time:    9:00 a.m.<br>Place:   Courtroom 4 |

## DECLARATION OF ROBERT K. FRIEDL

I, Robert K. Friedl, hereby declare:

1.     I am an attorney at law duly licensed to practice before the courts of the State of California and the United States District Court, Northern District of California. Unless the context indicates otherwise, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would testify competently thereto. I am a Senior Counsel at Capstone Law APC, counsel of record for Plaintiff in the above-captioned action.  I make this declaration in support of Plaintiff's Motion for Attorneys' Fees, Costs and Class Representative Enhancement Payment.

2.     Plaintiff's complaint was filed on July 30, 2012 after an investigation of his claims.  Defendant responded to the complaint with a motion to dismiss on October 22, 2012.  On December 21, 2012, Capstone Law APC replaced Initiative Legal Group APC as co-counsel for Plaintiff.  Capstone then filed a First Amended Complaint on December 28, 2012.

3.     Defendant filed a motion to dismiss the First Amended Complaint on January 31, 2013.  On September 10, 2013, after the matter was fully briefed the Court denied the motion and directed Plaintiff to file a Second Amended Complaint.

4.     Plaintiff filed a Second Amended Complaint on October 1, 2013, and again a motion to dismiss was fully briefed before the Court.  On June 30, 2014, the Court denied the second motion to dismiss.

5.     This matter was mediated on December 8, 2014, before the Hon. Carl West (Ret.) at JAMS.  Prior to and after mediation the parties exchanged information that eventually allowed them to reach a settlement.  The parties then negotiating the complex Settlement Agreement.

6.     Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement on July 24, 2015.  The Court granted the motion on September 10, 2015. The parties made revisions to the class notice and press release consistent with the Court's comments and then worked with the Claims Administrator.

7.     I have reviewed the most recent report of the Settlement Administrator (dated November 27, 2015) and based on that report, only 23 recipients of the Class Notice have opted out of the Settlement and none have objected.

8.     Plaintiffs' Counsel are seasoned attorneys with considerable experience in consumer class actions.  Attached as Exhibit A is a true and correct copy of the firm resume.

9.     I have reviewed a summary of Capstone's billing records.  The following chart sets forth the billable hourly rate and the hours worked by each attorney on this matter.

| Lawyer | Title | CA Bar Yr. | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jordan Lurie | Of Counsel | 1987 | $695 | 117.9 | $81,940.50 |
| Robert Friedl | Senior Counsel | 1988 | $695 | 217.3 | $151,023.50 |
| Mark Greenstone | Fmr Senior Counsel | 1998 | $695 | 77.4 | $53,793.00 |
| Ryan Wu | Senior Counsel | 2002 | $595 | 51.2 | $30,464.00 |
| Katherine Kehr | Senior Counsel | 2003 | $570 | 66.9 | $38,133.00 |
| Tarek Zohdy | Associate | 2006 | $495 | 60.3 | $29,848.50 |
| Eduardo Santos | Associate | 2007 | $470 | 62.9 | $29,563.00 |
| Sue Kim | Fmr Associate | 2008 | $445 | 111.6 | $49,662.00 |
| Cody Padgett | Associate | 2011 | $370 | 65.5 | $24,235.00 |
| **Total** | | | | **831.0** | **$488,662.50** |

10.     While adjusting our rates to track market increases, Capstone's rates have steadily remained reasonable and competitive, and have been consistently approved by federal and state courts over the past several years.  *See Klee v. Nissan N. Am., Inc.*, 2015 U.S. Dist. LEXIS 88270 (C.D. Cal. July 7, 2015) (approving Capstone's rates for Associates ($370-$495) and Senior Counsel/Partners ($595-$695)); *Asghari v. Volkswagen Group of America*, No. CV 13-02529 MMM (VBKx) (C.D. Cal. May 29, 2015) (approving Capstone's rates for Associates ($370-$495) and Senior Counsel/Partners ($520-$695)); *Reyes v. Jo-Ann Stores, Inc.*, No. 30-2012-00560070-CU-OE-CXC (Orange County Super. Ct. April 2, 2015) (approving Capstone's hourly rates for Associates and Senior Counsel/Partners); *King v. Burke Williams, Inc.*, No.

1   BC467906 (L.A. County Super. Ct. Mar. 4, 2015) ("the Court finds that the rates and

2   hours billed to the litigation are fair and reasonable"); *Morales v. Daniel's Jewelers*,

3   Case No. BC513353 (L.A. County Super. Ct. February 4, 2015) ("the award [of

4   attorneys' fees is] reasonable in light of [Capstone's] actual lodestar, which the court

5   finds to be based on reasonable market rates . . . ."); *Hammonds v. Hot Topic, Inc.*, Case

6   No. 34-2013-00141893-CU-OE-GDS (Sacramento County Ct. Jan. 7, 2015) (finding

7   that lodestar was the product of "reasonable hourly rates"); *Thompson v. Smart & Final,

8   Inc.*, Case No. BC497198 (L.A. County Super. Ct. Nov. 18, 2014) (finding that

9   Capstone had "demonstrated to the Court's satisfaction that the attorney rates and hours

10  billed to the litigation were reasonable).

11          11.     Capstone's rates are comparable to those judicially approved for other

12  plaintiff's firms, such as Baron & Budd (rates ranging from $775 for the requested

13  partner to $390-$630 for non-partners), Wasserman Comden Casselman & Essensten

14  (rates ranging from $670-750 for partners and $300-500 for associates), and Blood Hurst

15  & Reardon ($510-695 for partners). *See Aarons v. BMW of North America*, No. 11-

16  7667-PSG, 2014 U.S. Dist. LEXIS 118442, *40-41 (C.D. Cal. Apr. 29, 2014) (also

17  approving Capstone's rates). Other courts have approved hourly rates in this range for

18  plaintiff's side law firms in the Southern California area. *See*, *e.g.*, *Kearney v. Hyundai

19  Motor Am.*, 2013 U.S. Dist. LEXIS 91636, *24 (C.D. Cal. June 28, 2013) (approving

20  hourly rates of $650-$800 for senior attorneys in consumer class action); *Parkinson v.

21  Hyundai Motor America*, 796 F. Supp. 2d 1160, 1172 (C.D. Cal. 2010) (approving

22  hourly rates between $445 and $675); *Faigman v. AT&T Mobility LLC*, 2011 U.S. Dist.

23  LEXIS 15825, * 2 (N.D. Cal. Feb. 15, 2011) (approving hourly rates of $650 an hour for

24  partner services and $500 an hour for associate attorney services); *Richard v. Ameri-

25  Force Mgmt. Servs., Inc.*, No. 37-2008-00096019 (San Diego Super. Ct., Aug. 27, 2010)

26  ($695 to $750 an hour for partners; $495 an hour for associates); *Barrera v. Gamestop

27  Corp.*, No. CV 09-1399 (C.D. Cal. Nov. 29, 2010) ($700 an hour for partners; $475 an

28  hour for associates); *Anderson v. Nextel Retail Stores, LLC*, No. CV 07-4480 (C.D. Cal.

June 20, 2010) ($655 to $750 an hour for partners; $300 to $515 an hour for associates); *Luquetta v. Regents of Cal.*, CGC-05-443007 (San Francisco Super. Ct.) (approving 2012 partner rates between $550 and $850 per hour); and *Holloway v. Best Buy Co.*, C-05-5056-PJH (MEJ) (N.D. Cal.) (approving 2011 partner rates of $825 to $700 an hour, associate rates between $355 and $405 per hour).

12.   Capstone's rates are also comparable to defense firms operating in Capstone's geographic market, such as Sheppard Mullin Richter & Hampton ("Sheppard Mullin") and Manatt, Phelps & Phillips ("Manatt Phelps"). The hourly rates for Capstone's associates (specifically for those billers above) range from $370 to $495. Sheppard Mullin's associate rates range from $370 to $635 an hour. *See* 2011 Nationwide Sampling of Law Firm Billing Rates – The National Law Journal, December 19, 2011 (a true and correct copy of which is attached as Exhibit B). Manatt Phelps' average associate hourly rate is $464. *Id.* The average hourly rate for those associates above is approximately $445. The hourly rates for Capstone's Senior Counsel and Of Counsel (specifically for those billers above) range from $570 to $695, and are comparable to the rates charged by Senior Counsel and Partners at the Los Angeles offices of Sheppard Mullin ($505 to $860) and Manatt, Phelps ($540 to $850). *Id.*

13.   Over the course of this litigation, my firm incurred a total of $5,185.18 in unreimbursed costs and expenses, consisting of the following:

| Cost and Expense Categories | Amount |
| --- | --- |
| Copying, Printing & Scanning and Facsimiles | $8.75 |
| Court Fees, Filings & Service of Process | $893.36 |
| Court Reporters, Transcripts & Depositions | $54.75 |
| Delivery & Messenger (UPS, FedEx, messenger, etc.) | $88.63 |
| Mediation Fees | $3,525.00 |
| Research Services (PACER, Lexis, etc.) | $29.10 |
| Travel & Lodging | $585.59 |
| **Total** | **$5,185.18** |

1    I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3    Executed on December 1, 2015 at Los Angeles, California.

4

5    /s/ Robert K. Friedl

6    Robert K. Friedl

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROBERT K. FRIEDL ISO MOTION FOR
ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

# Exhibit A

# Capstone
## LAW APC

**FIRM PROFILE**

Capstone Law APC is one of California's largest plaintiff-only labor and consumer law firms.  With twenty-six seasoned attorneys, many formerly with prominent class action or defense firms, Capstone has the experience, resources, and expertise to successfully prosecute complex employment and consumer actions.

Since its founding in 2012, Capstone has emerged as a major force in aggregate litigation, making law on cutting-edge issues and obtaining tens of millions of dollars in recovery for employees and consumers.  The firm's accomplishments include:

- In February, 2015, three Capstone attorneys, Glenn A. Danas, Raul Perez, and Ryan H. Wu, were honored with the prestigious California Lawyer of the Year (CLAY) award in labor and employment for their work in the landmark case *Iskanian v. CLS Transportation Los Angeles*, 59 Cal. 4th 348 (2014), which preserved the right of California workers to bring representative actions under the Labor Code Private Attorneys General Act ("PAGA") notwithstanding a representative action waiver in an arbitration agreement.  The hard-fought *Iskanian* victory is a rare bright spot for plaintiffs in the challenging area of arbitration law.

- Recognized as a leading firm in the prosecution of PAGA enforcement actions, Capstone is responsible for several precedential decisions in this area.  In *Baumann v. Chase Inv. Servs. Corp*, 747 F.3d 1117 (9th Cir. 2014), a case of first impression, Capstone attorneys successfully argued that PAGA actions are state enforcement actions not covered by the Class Action Fairness Act.  And Capstone is currently lead counsel in *Williams v. Superior Court (Marshalls of Calif.)*, No. S227228, on the scope of discovery for PAGA claims pending before the California Supreme Court.

- In 2014, Capstone, along with co-counsel, certified one of the largest wage and hour classes in California, numbering over 120,000 non-exempt employees, in *Lopes v. Kohl's Department Stores, Inc.*, Case No. RG08380189 (Alameda Super. Ct.).  This is one of *eleven* certified class actions that Capstone is actively prosecuting following contested class certification motions.

- Capstone serves as class counsel in a number of significant wage and hour settlements, including $12 million on behalf of a nationwide class of nonexempt tellers and personal bankers in *Hightower v. JPMorgan Chase Bank*, Case No. 11-01802 (C.D. Cal.), over $10 million on behalf of non-exempt hourly workers in *Zamora v. Balboa Life & Casualty LLC*, Case No. BC360026 (L.A. Super. Ct.); and $6 million on behalf of non-exempt hourly workers in *Sheldon v. AHMC Monterey Park Hospital LP*, Case No. BC440282 (L.A. Super. Ct.).

- Capstone is class counsel in a number of significant consumer actions, including *Aarons v. BMW of North America*, Case No. 11-7667 (C.D. Cal.), *Asghari v. Volkswagen Group of America*, No. 13-02529 (C.D. Cal.), *Klee v. Nissan North America*, Case No. 12-08238 (C.D. Cal.), *MacDonald v. Ford Motor Co.*, No. 13-02988 (N.D. Cal.) (finding action was catalyst for nationwide recall), *Fernandez v. Home Depot U.S.A.*, No. 13-648 (C.D. Cal.) (preliminary approval granted; awaiting final approval), *Ford v. CEC Entertainment*, 14-677 (S.D. Cal.) (same), that have conferred benefits to class members valued in the tens of millions.  These benefits include cash payments for statutory violations, complementary automotive repairs, costs reimbursement, parts replacement and extension of express warranties.

Capstone
LAW APC

**SUMMARY OF SIGNIFICANT SETTLEMENTS**

In the past three years, Capstone has settled over 40 high-stakes class actions totaling over $95 million dollars. Capstone's settlements have directly compensated hundreds of thousands of California workers and consumers. Capstone's actions have also forced employers to modify their policies for the benefit of employees, including changing the compensation structure for commissioned employees and changing practices to ensure that workers will be able to take timely rest and meal breaks. A leader in prosecuting PAGA enforcement actions, Capstone has secured hundreds of thousands in civil penalties for the State of California, including obtaining one of the largest civil penalties for PAGA on record.

The following is a representative sample of Capstone's settlements:

- *Hightower et al v. Washington Mutual Bank*, No. 2:11-cv-01802-PSG-PLA (N.D. Cal.): gross settlement of $12 million on behalf of approximately 150,000 personal bankers, tellers, sales associates, and assistant branch manager trainees for wage and hour violations;
- *Moore v. Petsmart, Inc.*, No. 5:12-cv-03577-EJD (N.D. Cal.): gross settlement of $10 million on behalf of over 19,000 non-exempt PetSmart employees for wage and hour violations;
- *Perrin v. Nabors Well Services Co.*, Case No. 56-2007-00288718 (Ventura Super. Ct.): gross settlement of over $6.5 million on behalf of oil rig workers for sleep time and other wage violations;
- *York v. Starbucks Corp.*, Case No. 08-07919 (C.D. Cal.): gross settlement of nearly $5 million on behalf of over 100,000 non-exempt workers for meal break and wage statement claims;
- *Forever 21 Wage and Hour Cases*, Case No. JCCP4745 (S.D. Super. Ct.): $3.75 million settlement to resolve wage and hour claims, including the failure to pay meal and rest period premiums;
- *Monjazeb v. Neiman Marcus*, Case No. CGC-10-502877 (S.F. Super. Ct.): $3.5 million settlement on behalf of over 6,000 non-exempt Neiman Marcus employees;
- *Hicks v. Toys 'R' Us-Delaware, Inc.*, Case No. 13-01302 (C.D. Cal) $4 million wage and hour settlement on behalf of over 39,000 class members and secured policy changes for employees;
- *Thompson v. Smart & Final*, Case No. BC497198 (L.A. Super. Ct.): settlement over $3 million on behalf of over 16,000 non-exempt Smart & Final employees;
- *Felix v. Auto Club of Southern Calif.*, Case No. 07CC01421 (Orange Cty. Super. Ct.): $3.5 million settlement fund on behalf of over 2,000 insurance sales persons for wage and hour claims after taking this certified class action to trial;
- *Morasco vs Interact PMTI Inc.*, Case No. 56-2013-00439020-CU-OE-VTA (Ventura Super. Ct.): a settlement on behalf of approximately 50 non-exempt off-shore oil workers that secured an average payment of $11,500 per class member;
- *Williams v. Veolia Transp. Svcs.*, Case No. 08-02582 (C.D. Cal.): $230,000 in PAGA civil penalties for rest break violations, a result that a former district court judge, serving as an arbitrator, recognized as being one of largest payments of PAGA civil penalties on record.
- *Asghari v. Volkswagen Group of North America*, Case No. 13-02529 (C.D. Cal.): Settlement providing complementary repairs of oil consumption defect, reimbursement for repairs, and extended warranty coverage of certain Audi vehicles valued at over $20 million.
- *Klee v. Nissan of North America*, Case No. 12-08238 (C.D. Cal.): Settlement providing complimentary electric vehicle charging cards and extending warranty coverage for the electric battery on the Nissan Leaf valued at over $10 million.

Capstone
LAW APC

PROFESSIONAL BIOGRAPHIES

### Partners

**Rebecca Labat.**  Rebecca Labat is the managing partner of Capstone Law APC.  She supervises the pre-litigation phase for all of the firm's cases, including investigation, analysis, and client consultation.  She also manages the firm's co-counsel relationships and assists the firm's other partners and senior counsel with case management and litigation strategy.  Under Ms. Labat's leadership, Capstone has successfully settled over 35 cases, delivering tens millions of dollars to California employees and consumers while earning statewide recognition for its cutting-edge work in developing new law.

Ms. Labat's career accomplishments representing consumers and employees in class actions include the certification of a class of approximately 3,200 current and former automobile technicians and shop employees for the miscalculation of the regular rate for purposes of paying premiums for missed meal and rest breaks.

Before her work representing plaintiffs in class and representative actions, Ms. Labat was an attorney with Wilson Elser and represented life, health, and disability insurers in litigation throughout California in both state and federal courts.  She graduated from the University of California, Hastings College of the Law in 2002, where she was a member of the Hastings Civil Justice Clinic, served as a mediator in Small Claims Court for the City and County of San Francisco, and received the CALI Award for Excellence in Alternative Dispute Resolution.  She received her undergraduate degree from the University of California, Los Angeles.  Ms. Labat is a member of the National Employment Lawyers Association (NELA), the Consumer Attorneys Association of Los Angeles (CAALA), and the Beverly Hills Bar Association.

**Raul Perez.**  A partner at Capstone, Raul Perez has focused exclusively on wage and hour and consumer class litigation since 2011.  Mr. Perez is the lead negotiator on numerous large settlements that have resulted in tens of millions to low-wage workers across California, including many of the most valuable settlements reached by Capstone.

During his career, Mr. Perez has successfully certified by way of contested motion and/or been appointed Lead Counsel or Interim Lead Counsel in several cases, including:  *Lopes v. Kohl's Department Stores, Inc.*, Case No. RG08380189 (Alameda Super. Ct.); *Hightower v. JPMorgan Chase Bank*, Case No. 11-01802 (C.D. Cal.); *Tameifuna v. Sunrise Senior Living Managements, Inc.*, Case No. 13-02171 (C.D. Cal.) (certified class of over 10,000 hourly-paid employees); and *Berry v. Urban Outfitters Wholesale, Inc.*, Case No. 13-02628 (N.D. Cal.) (appointed lead counsel in a class action involving over 10,000 non-exempt employees).  As the lead trial attorney in *Iskanian v. CLS Transportation Los Angeles,* 59 Cal. 4th 348 (2014), Mr. Perez, along with Mr. Danas and Mr. Wu, received the 2015 CLAY Award in labor and employment.

Mr. Perez received both his undergraduate degree and his law degree from Harvard University and was admitted to the California Bar in December 1994.  Earlier in his career, Mr. Perez handled a variety of complex litigation matters, including wrongful termination and other employment related actions, for corporate clients while employed by some of the more established law firms in the State of California, including Morgan, Lewis & Bockius; Manatt Phelps & Phillips; and Akin Gump Strauss Hauer & Feld.  Before Capstone, Mr. Perez was a partner at another large plaintiff's firm, helping to deliver millions of dollars in relief to California workers.

**Matthew Theriault.** Mr. Theriault is a partner at Capstone. An expert in wage-and-hour law and litigation strategy, Mr. Theriault currently manages and assists Capstone's class action certification efforts and trials. Recently, Mr. Theriault was lead trial counsel in a rarely-seen class action trial, representing a certified class of insurance salespersons alleging unpaid wages and break premiums in *Felix v. Auto Club of Southern Calif.,* Case No. 07CC01421 (Orange Cty. Super. Ct.). The parties ultimately reached a multi-million dollar settlement in the middle of trial.

Over the course of his career, he has successfully certified numerous employee classes for claims involving misclassification, meal and rest breaks, and off-the-clock work, ultimately resulting in multi-million dollar settlements. Cases where Mr. Theriault was certified as class counsel include *Zamora v. Balboa Life & Casualty LLC,* Case No. BC360026 (L.A. Super. Ct.), *York v. Starbucks Corp.,* Case No. 08-07919 (C.D. Cal.), *In re: Taco Bell Wage And Hour,* 2013 U.S. Dist. LEXIS 380 (N.D. Cal.), *In Re: Autozone, Inc., Wage and Hour Employment Practices Litigation,* Case No.: 3:10-md-02159-CRB (E.D. Cal.), *Mansfield v. Brackenhoff Mgmt. Group, Inc.,* No. BC356188 (L.A. Super. Ct.), and *Blair v. Jo-Ann Stores, Inc.,* Case No. BC394795 (L.A. Super. Ct.).

Mr. Theriault graduated from the Western New England School of Law in Springfield, Massachusetts, and received his undergraduate degree with honors from the University of Connecticut. After graduation, Mr. Theriault practiced law in Connecticut starting in 2001. He litigated primarily consumer actions involving allegations of auto dealership fraud, loan financing, and unlawful debt collection practices. After moving to California, Mr. Theriault joined a large plaintiffs firm, where he litigated wage and hour class actions and was eventually made partner.

**Glenn A. Danas.** A partner at Capstone, Glenn A. Danas heads the complex motion and appeals practice group. A leading authority on arbitration law and PAGA actions, Mr. Danas was recently honored with the CLAY award for his work as lead counsel in *Iskanian v. CLS Transportation Los Angeles,* 59 Cal. 4th 348 (2014). Mr. Danas briefed and argued this closely-watched case before the California Supreme Court, which resulted in a landmark decision that preserved employees' right to pursue PAGA actions notwithstanding a waiver in an arbitration agreement. Mr. Danas was also recognized by The Daily Journal as one of California's Top 20 Lawyers Under 40 for 2013.

Mr. Danas has argued over twenty appeals in the California Court of Appeal, the California Supreme Court, and the Ninth Circuit Court of Appeals, and has served as lead appellate counsel in many more. While at Capstone, Mr. Danas argued before the Ninth Circuit as lead counsel in *Baumann v. Chase Inv. Servs. Corp.,* 747 F.3d 1117 (9th Cir. 2014), *Chavarria v. Ralphs Grocery Co.,* 733 F.3d 916 (2013), which held that arbitration agreements may not be enforced if found unconscionable under general state contract law, and *Allen v. Bedolla,* 2015 U.S. App. LEXIS 9139 (9th Cir. 2015), which made law on judicial scrutiny of class action settlements. Prior to joining Capstone, Mr. Danas successfully briefed and argued the precedent-setting appeal in *Brown v. Ralph's Grocery Co.,* 197 Cal. App. 4th 489 (2011), regarding the unenforceability of PAGA waivers. Mr. Danas also successfully defeated an appeal of a motion to remand under the CAFA "local controversy exception" in *Coleman v. Estes Express Lines, Inc.,* 631 F.3d 1010 (9th Cir. 2011), establishing a new standard on when the circuit court may grant review in a discretionary appeal under CAFA.

Mr. Danas graduated from Emory University School of Law in 2001 with honors and authored *The Interstate Class Action Jurisdiction Act of 1999: Another Congressional Attempt to Federalize State Law,* 49 EMORY L.J. 1305 (2000), which was selected by the ABA as one of the top three student-written law journal articles in its annual nationwide competition. He received his undergraduate degree in Industrial and Labor Relations from Cornell University. After law school, he clerked for the Honorable U.W. Clemon, Chief U.S. District Judge

for the Northern District of Alabama and began his career at an international law firm in New York City, where he primarily focused on antitrust and securities litigation.

## Of Counsel

**Jordan Lurie.**  A renowned class action litigator, Jordan Lurie heads the consumer litigation practice group at Capstone, prosecuting cases involving violations of state and federal consumer protection laws, the Fair Credit Reporting Act, federal and state privacy laws, and federal securities law.  Mr. Lurie is currently counsel in a consolidated class action against Sony Corporation for the massive data breach in 2014 as well as numerous automobile defect cases.

Over his distinguished career, Mr. Lurie has obtained settlements in excess of $100 million in actions where he was lead or co-lead counsel.  Notable cases where Jordan served as lead counsel include: *In re: Apria Healthcare Group Secs. Litig.*, where Jordan settled on behalf of investors for $42 million in a securities fraud class action; *Morganstein v. Aura Systems*, where he settled claims for $18 million in a securities fraud class action; *In re Quintus Secs. Litig.*, a securities fraud class action which settled for $10.1 million; and *In re Southern Pacific Funding Corp., Sec. Litig.*, Case No. Civ. 98-1239-MA, (D. Or.), where he settled a class action for $19.5 million.  Mr. Lurie has been selected as one of Southern California's "Super Lawyers" every year from 2012 through 2015.

Prior to joining Capstone, Mr. Lurie spent most his career at a national plaintiffs' law firm specializing in corporate securities and consumer class actions, where he was the managing partner of the firm's Los Angeles office.  Mr. Lurie graduated from the University of Southern California Gould School of Law in 1987, where he was Notes Editor of the University of Southern California Law Review.  He received his undergraduate degree with honors from Yale University.  When not litigating, Mr. Lurie is an active educator and community leader.  Jordan participated in the first Wexner Heritage Foundation leadership program in Los Angeles and holds leadership and executive positions in various organizations in the Los Angeles community.  He has also been the featured speaker at California MCLE seminars regarding securities fraud and class actions, and has authored several publications for the California Continuing Education of the Bar.

## Senior Counsel

**Liana Carter.**  Liana Carter is a senior counsel with Capstone Law APC, specializing in complex motions, writs, and appeals.  Her work on recent appeals has included successfully defeating a challenge to overturn the denial of a motion to compel arbitration in *Jacoby v. Islands Rests., L.P.*, 2014 Cal. App. Unpub. LEXIS 4366 (2014) and reversal of a dismissal of class claims in *Rivers v. Cedars-Sinai Med. Care Found.*, 2015 Cal. App. Unpub. LEXIS 287 (Jan. 13, 2015).  Along with Mr. Danas, Ms. Carter was responsible for drafting the successful petition for review in *McGill v. Citibank N.A.*, Case No. S224086, granted by the California Supreme Court on April 1, 2015.  *McGill* will decide whether consumers may continue to pursue public injunctions under state consumer laws in court notwithstanding an arbitration agreement that effectively forecloses the pursuit of this remedy.  Ms. Carter also has extensive prior experience in overseeing settlement negotiations and obtaining court approval of class action settlements.

Ms. Carter was admitted to the California bar in 1999 after graduating from the University of Southern California Gould School of Law, where she was an Articles Editor on the board of the *Southern California Law Review*.  She received her undergraduate degree with honors from the University of California, Irvine.

**Robert Drexler.**  Robert Drexler is a senior counsel with Capstone Law where he leads one of the firm's litigation teams prosecuting wage-and-hour class actions.  He has more than 25 years of experience representing clients in wage-and-hour and consumer rights class actions and other complex litigation in state and federal courts. Over the course of his career, Mr. Drexler has successfully certified dozens of employee classes for claims such as misclassification, meal and rest breaks, and off-the-clock work, ultimately resulting in multi-million dollar settlements. He has also arbitrated and tried wage-and-hour and complex insurance cases.  Mr. Drexler has been selected as one of Southern California's "Super Lawyers" every year from 2009 through 2015.

Before joining Capstone, Mr. Drexler was head of the Class Action Work Group at Khorrami Boucher, LLP and led the class action team at The Quisenberry Law Firm.  Mr. Drexler graduated from Case Western Reserve University School of Law, where he served as Managing Editor of the Case Western Reserve Law Review and authored Defective Prosthetic Devices: Strict Tort Liability for the Hospital? 32 CASE W. RES. L. REV. 929 (1982). He received his undergraduate degree in Finance at Ohio State University where he graduated *cum laude*.  Mr. Drexler is a member of Consumer Attorneys of California (CAOC) and Consumer Attorneys of Los Angeles (CAALA).  He has been a featured speaker at class action and employment litigation seminars, and has published articles in CAOC's Forum Magazine and The Daily Journal.

**Robert Friedl.**  Robert Friedl is a senior counsel at Capstone, where he devotes most of his time to the briefing and litigation strategy of consumer protection cases.  Mr. Friedl has over 20 years of experience representing plaintiffs and defendants in consumer class actions, insurance coverage and defense, employment law, and personal injury.  His lengthy service as an appellate attorney has yielded several published cases, including successful outcomes in *Goldstein v. Ralphs*, 122 Cal. App. 4th 229 (2004), *Morgan v. AT&T*, 177 Cal. App. 4th 1235 (2009), and *Hecimovich v. Encinal School Parent Teacher Organization*, 203 Cal. App. 4th 450 (2012).  At Capstone, Mr. Friedl was responsible for the appellate win in *Grant v. Unifund CCR, LLC*, 577 Fed. Appx. 693 (9th Cir. 2014).

Prior to joining Capstone, Mr. Friedl was a partner at civil litigation boutique, where he handled the firm's most complex briefing.  He is a graduate of the University of Connecticut, and received his law degree from Southwestern School of Law, where he earned an American Jurisprudence Book Award.

**Stephen Gamber.**  A senior counsel with Capstone, Stephen Gamber handles the pre-litigation phase for prospective cases including investigation, claim identification and analysis and client consultation.  He has an extensive background in wage-and-hour matters, having worked in this area of the law for more than a decade, and focusing on class actions for the past six years. Mr. Gamber's expertise includes claims for meal and rest violations, overtime wages, off-the-clock work, misclassification, and other employment and consumer claims.

Prior to joining Capstone, Mr. Gamber represented plaintiffs primarily in wage-and-hour class actions.  Before attending Loyola Law School, where he graduated in 1994, Stephen worked as a controller and financial reporting accountant for several large corporations.  He received his undergraduate degree with honors from the University of California, Santa Barbara and also earned an MBA from San Diego State University. Mr. Gamber is a member of LEFTJAW, a Southern California association of plaintiffs' employment lawyers.

**Melissa Grant.**  Melissa Grant is senior counsel at Capstone.  Ms. Grant is responsible for litigating many of the firm's most contentious and high-stakes class actions. The author of numerous successful motions for

# Capstone
## LAW APC

class certification, Ms. Grant is the lead or co-lead attorney on four certified class actions currently on track for trial, representing over 140,000 California employees in pursuing their wage and hour claims.  She is also at the forefront in developing the law on PAGA, including administrative exhaustion, the scope of discovery, and PAGA trials.  Recently, in *Williams v. Veolia Transp. Svcs.*, Case No. 08-02582 (C.D. Cal.), Ms. Grant's tenacious prosecution led to a settlement with civil penalty payment of $230,000, one of the largest on record for a PAGA enforcement action.

Prior to joining Capstone, Ms. Grant worked at the Securities and Exchange Commission as a staff attorney in the Enforcement Division, investigating ongoing violations of federal securities regulations and statutes and for Quinn Emanuel Urquhart & Sullivan, LLP, where she was an associate on the trial team that prosecuted the *Mattel v. Bratz* case.  Ms. Grant began her legal career as a law clerk to the Honorable Harry Pregerson, Justice of the Ninth Circuit Court of Appeals before joining Sidley & Austin as an associate.  She graduated from Southwestern Law School in 1999, where she served as editor-in-chief of the Law Review, and graduated *summa cum laude* and first in her class.  Ms. Grant earned her undergraduate degree from Cornell University, where she received the JFK Public Service Award and the Outstanding Senior Award.  Her published articles include: *Battling for ERISA Benefits in the Ninth Circuit: Overcoming Abuse of Discretion Review*, 28 Sw. U. L. Rev. 93 (1998), and CLE Class Actions Conference (SF) CAFA: *Early Decisions on Commencement and Removal of Actions* (2006).

**Stan Karas.**  Stan Karas is a senior counsel at Capstone Law, where he focuses on many of the firm's most complex and high profile matters.  He works on every stage of these cases from pleading challenges to class certification proceedings to trial and appeal.  Mr. Karas is currently prosecuting four certified class actions.  Mr. Karas started his legal career at Paul Hastings Janofsky and Walker, where he handled complex commercial and real estate litigation.  Subsequently, he joined Quinn Emanuel Urquhart & Sullivan, where he specialized in class action and intellectual property litigation.  Among other successes, Mr. Karas obtained a $3 million jury verdict for a client, along with a finding that the defendant was liable for punitive damages.  In another trial, the court granted non-suit in favor of his client after he delivered the opening argument.  Mr. Karas has also obtained multi-million dollar settlements for his clients, including settlements that fully compensated his client for all claimed losses.

Mr. Karas is a graduate of Stanford University, where he received a degree in History and Literature and was elected to Phi Beta Kappa.  He graduated from Boalt Hall School of Law at UC Berkeley.  In law school, Mr. Karas served as Articles Editor of the California Law Review and Notes and Comments Editor of the Berkeley Technology Law Journal.  Mr. Karas has published on class action and privacy law issues including Privacy, Identity, Databases, 52 Am. U. L. Rev. 393 (2002) and The Role of Fluid Recovery in Consumer Protection Litigation, 90 Cal. L. Rev. 959 (2002).  He is a member of the California Employment Lawyers Association (CELA), the Consumer Attorneys Association of Los Angeles (CAALA) and the National Employment Lawyers Association (NELA).

**Katherine Kehr.**  A senior counsel at Capstone, Katherine Kehr prosecutes aggregate actions on behalf of California workers, handling all aspects of wage and hour litigation.  While at Capstone, Ms. Kehr developed expertise on issues relating to arbitration and PAGA issues.  At Capstone, Ms. Kehr was the primary attorney on *Brown v. Super. Ct.* (*Morgan Tire*), 216 Cal. App. 4th 1302 (2013) (superseded by grant of review), as well as the primary drafter of the intermediate court briefing in *Iskanian*.  Recently, Ms. Kehr was one of the primary drafters of a contested motion for class certification, by which Capstone successfully certified a class and was appointed class counsel in *Romo v. GMRI, Inc.,* Case No. 12-cv-00715-JLQ-SP (C.D. Cal.).

Ms. Kehr graduated from the University of Southern California Gould School Of Law in 2002, where she was a member of the Moot Court Honors Program.  After law school, she clerked for the Honorable Richard D. Savell of the Alaska Superior Court and the Honorable Anthony J. Mohr of the Los Angeles Superior Court.  Ms. Kehr received her undergraduate degree in French literature *cum laude* from Bryn Mawr College. She received her training as an associate at Selman Breitman LLP, where she handled all aspects of pre-trial litigation, in both state and federal court.

**Bevin Allen Pike.**  Bevin Allen Pike is a senior counsel with Capstone Law where she focuses primarily on wage-and-hour class actions.  Ms. Pike has spent her entire legal career representing employees and consumers in wage-and-hour and consumer rights class actions.  Over the course of her career, Ms. Pike has successfully certified dozens of employee and consumer classes for claims such as meal and rest breaks, unpaid overtime, off-the-clock work, and false advertising.

Before joining Capstone, Ms. Pike's experience included class and representative action work on behalf of employees and consumers at some of the leading plaintiffs' firms in California.  Ms. Pike graduated from Loyola Law School, Los Angeles, where she was an Editor for the International and Comparative Law Review. She received her undergraduate degree from the University of Southern California.  Ms. Pike has been selected as one of Southern California's "Super Lawyers – Rising Stars" every year from 2012 through 2015.

**Andrew Sokolowski.**  Mr. Sokolowski is a senior counsel with Capstone Law where he focuses on assisting litigation teams with positioning the firm's high-value cases for trial.  He concentrates his practice on wage-and-hour and consumer protection class actions and has successfully litigated numerous class actions resulting in millions of dollars in recovery for class members.  Mr. Sokolowski also has first-chair trial experience in state and federal court.  Mr. Sokolowski began his career in 2003 as a litigation associate at the international law firm Orrick, Herrington & Sutcliffe LLP.  He later joined the plaintiffs' bar, pursuing consumer protection and securities fraud class actions as an associate at Milberg LLP.

Mr. Sokolowski graduated from Loyola Law School, Los Angeles, cum laude and Order of the Coif in 2003, and was ranked in the top 5% of his class.  He received his undergraduate degree in History from UCLA in 1997.  Following college, Mr. Sokolowski served in the United States Army for three years as an infantryman before attending law school.  He served on the Board of Governors for the Association of Business Trial Lawyers—Los Angeles Chapter from 2009 through 2013, and edited the chapter's publication, The ABTL Report.  Mr. Sokolowski is also an active member of the Consumer Attorneys Association of Los Angeles (CAALA) and the Consumer Attorneys of California (CAOC).  He has authored several articles, including: Chicken Little and the Future of Class Actions, CAALA Advocate (October 2013); The Anti-Injunction Act Takes on Rule 23, ABTL Report—Los Angeles (Summer 2011); and The Overreaction to the Kelo Decision, Los Angeles Lawyer (January 2006). As a member of the Central District of California Pro Bono Civil Rights Panel, which assists indigent plaintiffs with prosecuting civil rights claims, Mr. Sokolowski received the Public Counsel Pro Bono Achievement Award in 2012 for his work as the sole trial attorney in one of Panel's civil rights cases.  Mr. Sokolowski has been selected as one of Southern California's "Super Lawyers – Rising Stars" in 2013, 2014, and 2015.

**Ryan H. Wu.**  Ryan H. Wu is a senior counsel at Capstone and is primarily responsible for complex motion work and supervising court approval of class action settlements.  Mr. Wu handles many of the most challenging legal issues facing Capstone's clients, including opposing defendants' efforts to decertify or overturn certified class actions, the scope and operation of PAGA, contested attorneys' fees motions, and

responding to objectors.  Mr. Wu authored the appellate briefs in *Baumann v. Chase Inv. Servs. Corp*, 747 F.3d 1117 (9th Cir. 2014), where, on an issue of first impression, the Ninth Circuit sided with Plaintiffs in holding that PAGA actions are state enforcement actions not covered by the CAFA.  In February 2015, Mr. Wu, along with Mr. Danas and Mr. Perez, received the prestigious CLAY award for his successful appellate work, including briefing to the California Supreme Court, in *Iskanian*.

Mr. Wu graduated from the University of Michigan Law School in 2001, where he was an associate editor of the *Michigan Journal of Law Reform* and contributor to the law school newspaper.  He received his undergraduate degree in political science with honors from the University of California, Berkeley.  He began his career litigating international commercial disputes and commercial actions governed by the Uniform Commercial Code.  Mr. Wu is co-author of "*Iskanian v. CLS Transportation*: Employees' Perspective" published in the *California Labor & Employment Bar Review*.

### Associates

**Arnab Banerjee.**  Arnab Banerjee is an associate with Capstone, where he litigates employment and consumer class actions.  Mr. Banerjee's practice focuses primarily on wage and hour class action litigation where he has worked on more than 50 class action cases on behalf of employees for the failure to pay overtime and minimum wages, the failure to provide meal and rest breaks, and helping to obtain millions of dollars in recovery for employees.  Admitted to the Bar in 2007, Mr. Banerjee began his career and received his training as an associate at Latham & Watkins LLP, where he handled all aspects of pre-trial litigation, in both state and federal court in a wide variety of business litigation matters ranging from white collar defense to environmental litigation. Mr. Banerjee graduated from the University of Southern California Gould School Of Law, where he was an editor on the Interdisciplinary Law Journal, and received his undergraduate degrees in Political Science and Sociology, with a minor in Humanities and Law from the University of California, Irvine where he graduated *cum laude* and Phi Beta Kappa.

**Jamie Greene.**  Jamie Greene is an associate with Capstone where she evaluates potential new cases, develops new claims, and manages client relations. Well-versed in wage and hour law and federal and state consumer protection statutes, Ms. Greene supervises the pre-litigation phase for all cases, including investigation, analysis, and client consultation.  Ms. Greene began her legal career at Makarem & Associates representing clients in a wide array of cases ranging from wrongful death, insurance bad faith, employment, personal injury, construction defect, consumer protection, and privacy law.  She is a graduate of the University of Southern California Gould School of Law and earned her bachelor's degree from Scripps College in Claremont, California. She is an active member of the Consumer Attorneys Association of Los Angeles (CAALA), and the Beverly Hills, Los Angeles County, and Santa Monica Bar Associations.

**Robin Hall.**  Robin Hall is an associate with Capstone Law, where she heads the firm's research department. Ms. Hall assists in pre-litigation investigation of employment and consumer statutory claims, and handles complex research projects.  A founding editor of the Impact Litigation Journal (ILJ), Ms. Hall has authored numerous articles on emerging legal issues published on ILJ.  Ms. Hall began her career and received her training as an associate at Baker & Hostetler LLP, where she represented Fortune 500 companies in labor and employment litigation, including class actions. She attended Indiana University's Maurer School of Law, where she graduated *cum laude* in 2007. During law school, Ms. Hall served as Editor-in-Chief of the Indiana Journal of Global Legal Studies and Director of the Inmate Legal Assistance Clinic. She received her undergraduate degree from the University of Missouri and is admitted to practice law in California.

**Jonathan Lee.**  An associate with Capstone, Jonathan Lee primarily litigates employment class actions.  At Capstone, Mr. Lee has worked on several major successful class certification motions, and his work has contributed to multi-million dollar class settlements against various employers, including restaurant chains, retail stores, airport staffing companies, and hospitals.  Prior to joining Capstone, Mr. Lee defended employers and insurance companies in workers' compensation actions throughout California.  Mr. Lee graduated in 2009 from Pepperdine University School of Law, where he served as an editor for the Journal of Business, Entrepreneurship and the Law; he received his undergraduate degree from UCLA.

**Suzy E. Lee.**  Suzy Lee, an associate with Capstone, litigates complex matters with a focus on wage-and-hour class actions.  Ms. Lee has successfully litigated wage and hour class actions and single plaintiff cases in other practice areas, including consumer fraud, commercial litigation, personal injury, and employment discrimination. Prior to joining Capstone, Ms. Lee was an associate at several prominent plaintiff firms, where she litigated complex wage and hour and consumer class actions in state and federal courts. Ms. Lee also has experience defending businesses in cases involving contract disputes and other business litigation matters.  Ms. Lee graduated from the Indiana University Maurer School of Law, where she served as the President of the Asian Pacific American Association.  She received her undergraduate degree from the University of California, Irvine, where she graduated *cum laude*. Ms. Lee is proficient in Korean.

**Cody Padgett.**  An associate with Capstone, Cody Padgett's practice focuses on prosecuting automotive defect and other consumer class action cases in state and federal court.  He handles consumer cases at all stages of litigation, and has contributed to major settlements of automobile defect actions valued in the tens of millions.  Prior to joining Capstone Law, Mr. Padgett was a certified legal intern with the San Diego County Public Defender's Office. During law school, Mr. Padgett served as a judicial extern to the Honorable C. Leroy Hansen, United States District Court for the District of New Mexico. He graduated from California Western School of Law in the top 10% of his class and received his undergraduate degree from the University of Southern California, where he graduated *cum laude*.

**Eduardo Santos.**  Eduardo Santos, an associate at Capstone, represents employees and consumers in class action litigation, with a special focus on negotiating, structuring, managing, and obtaining court approval of Capstone's class action settlements.  Having assisted in obtaining court-approval of over 60 wage and hour and consumer class action settlements during the course of his career, Mr. Santos has contributed significantly to the high approval rate of Capstone's settlements.  Before joining Capstone, Mr. Santos was an associate at one of California's largest plaintiffs-only employment law firms, and prior to that, an associate at a prominent plaintiff's firm specializing in mass torts litigation, where he was part of a team that secured a total of $4.85 billion for thousands of individuals with claims of injuries caused by taking Vioxx.  Mr. Santos received his JD from Loyola Law School of Los Angeles in 2007, which he attended on a full academic scholarship.  While in law school, he was an extern for the Honorable Thomas L. Willhite, Jr. of the California Court of Appeal.  He graduated *magna cum laude* from UCLA with majors in Political Science and History, and was a recipient of the Ralph J. Bunche scholarship for academic achievement.

**Mao Shiokura.**  Mao Shiokura is an associate with Capstone.  Her practice focuses on identifying, analyzing, and developing new wage-and-hour and consumer claims, including violations of the Fair Credit Reporting Act, Consumers Legal Remedies Act, False Advertising Law, and Unfair Competition Law.  Prior to joining Capstone, Ms. Shiokura was an associate at a California lemon law firm, where she represented consumers in Song-Beverly, Magnuson-Moss, and fraud actions against automobile manufacturers and dealerships. Ms. Shiokura graduated from Loyola Law School, Los Angeles in 2009, where she served as a staff member of

Loyola of Los Angeles Law Review. She earned her undergraduate degree from the University of Southern California, where she was a Presidential Scholar and majored in Business Administration, with an emphasis in Cinema-Television and Finance.

**Karen Wallace.**  An associate with Capstone, Karen Wallace handles the pre-litigation phase for prospective cases including investigation, claim identification and analysis, and client consultation. Ms. Wallace's expertise includes claims for meal and rest period violations, overtime wages, off-the-clock work, misclassification, and other employment and consumer claims.  Before attending Southwestern Law School, Ms. Wallace worked as a teacher for many years. She received her doctorate in English from the University of California, Los Angeles, where she also earned her master's degree in American Indian Studies.

**Tarek Zohdy.**  An associate with Capstone, Tarek Zohdy litigates automotive defect class actions, along with other consumer class actions for breach of warranty and consumer fraud.  At Capstone, he has worked on several large-scale automotive class action settlements that have provided significant relief to thousands of defrauded car owners. Before joining Capstone, Mr. Zohdy spent several years representing individual consumers in their actions against automobile manufacturers and dealerships for breaches of express and implied warranties pursuant to the Song-Beverly Consumer Warranty Act and the Magnuson-Moss Warranty Act, commonly referred to together as "Lemon Law."  He also handled fraudulent misrepresentation and omission cases pursuant to the Consumers Legal Remedies Act.  Mr. Zohdy graduated from Louisiana State University *magna cum laude* in 2003, and Boston University School of Law in 2006, where he was a member of the criminal clinic representing underprivileged criminal defendants.

OUTREACH AND EDUCATION

To increase public awareness about the issues affecting class action and other representative litigation in the consumer and employment areas, Capstone publishes the Impact Litigation Journal (www.impactlitigation.com).  Readers have access to news bulletins, op-ed pieces, and legal resources.  By taking advantage of social media, Capstone hopes to spread the word about consumer protection and employee rights to a larger audience than has typically been reached by traditional print sources, and to thereby contribute to the enforcement of California's consumer and workplace protection laws.

# Exhibit B

A Nationwide Sampling of Law Firm Billing Rates – The National Law Journal

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys* | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average | Associate Billing Rate: Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 527 | $311 | $310 | $595 | $250 | $357 | $345 | $315 | $160 | $228 | $225 |
| Best Best & Krieger | Riverside, Calif. | 195 | $358 | $360 | $575 | $275 | $417 | $420 | $375 | $205 | $265 | $240 |
| Briggs and Morgan | Minneapolis | 185 | | | $625 | $325 | | | $305 | $230 | | |
| Broad and Cassel | Orlando, Fla. | 160 | $377 | $350 | $575 | $295 | $435 | $395 | $350 | $180 | $265 | $265 |
| Bryan Cave | St. Louis | 908 | $475 | $460 | $795 | $375 | $565 | $553 | $540 | $200 | $356 | $360 |
| Butzel Long | Detroit | 176 | | | $700 | $325 | $440 | | $425 | $225 | $274 | |
| Carlton Fields | Tampa, Fla. | 270 | $397 | $400 | $815 | $320 | $470 | $470 | $380 | $195 | $262 | $265 |
| Cozen O'Connor | Philadelphia | 504 | $439 | $410 | $900 | $305 | $510 | $490 | $550 | $225 | $330 | $330 |
| Day Pitney | Parsippany, N.J. | 324 | $447 | $450 | $960 | $380 | $537 | $525 | $470 | $235 | $317 | $315 |
| Dickinson Wright | Detroit | 229 | | | $600 | $325 | | | $320 | $200 | | |
| Dickstein Shapiro | Washington | 335 | $560 | $550 | $1,000 | $540 | $680 | $670 | $545 | $225 | $435 | $465 |
| Dinsmore & Shohl | Cincinnati | 407 | $308 | $295 | $630 | $150 | $373 | $370 | $310 | $130 | $217 | $220 |
| DLA Piper | New York | 3348 | $585 | $615 | $1,120 | $530 | $747 | $730 | $730 | $320 | $508 | $510 |
| Dorsey & Whitney | Minneapolis | 567 | $426 | $405 | $810 | $295 | $526 | $525 | $465 | $190 | $294 | $275 |
| Duane Morris | Philadelphia | 629 | $503 | $500 | $875 | $375 | $575 | $570 | $530 | $225 | $365 | $365 |
| Dykema Gossett | Detroit | 333 | $406 | $400 | $665 | $310 | $482 | $485 | $395 | $260 | $309 | $305 |
| Epstein Becker & Green | New York | 300 | $428 | $425 | $850 | $350 | $519 | $500 | $550 | $195 | $341 | $325 |

Page 1

A Nationwide Sampling of Law Firm Billing Rates – The National Law Journal

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys* | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average | Associate Billing Rate: Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fitzpatrick, Cella, Harper & Scinto | New York | 168 | | | $730 | $460 | | $525 | $440 | $275 | | $325 |
| Fox Rothschild | Philadelphia | 450 | $413 | $420 | $725 | $325 | $486 | $483 | $455 | $190 | $297 | $295 |
| Frost Brown Todd | Cincinnati | 401 | $296 | $295 | $515 | $205 | $340 | $340 | $265 | $150 | $200 | $200 |
| Gardere Wynne Sewell | Dallas | 265 | $435 | $450 | $815 | $380 | $550 | $550 | $500 | $225 | $325 | $320 |
| Gibbons | Newark, N.J. | 199 | $505 | $450 | $725 | $400 | $563 | $505 | $475 | $285 | $380 | $320 |
| Harris Beach | Rochester, N.Y. | 176 | | | $390 | $275 | | | $260 | $160 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | $269 | $240 | $750 | $195 | $304 | $265 | $350 | $150 | $207 | $195 |
| Hodgson Russ | Buffalo, N.Y. | 199 | | | $685 | $240 | $378 | $360 | $420 | $180 | $234 | $225 |
| Holland & Knight | Washington | 910 | $445 | $455 | $895 | $300 | $530 | $520 | $495 | $175 | $295 | $290 |
| Hughes Hubbard & Reed | New York | 300 | $633 | $615 | $990 | $625 | $828 | $800 | $695 | $270 | $533 | $540 |
| Husch Blackwell | St. Louis | 551 | $341 | $340 | $850 | $225 | $395 | $390 | $425 | $175 | $226 | $210 |
| Jackson Kelly | Charleston, W.Va. | 170 | $275 | $275 | $505 | $255 | $319 | $325 | $260 | $155 | $208 | $205 |
| Kaye Scholer | New York | 425 | $661 | $665 | $1,080 | $685 | $831 | $835 | $705 | $310 | $519 | $525 |
| Kelley Drye & Warren | New York | 321 | $474 | $400 | $925 | $480 | $634 | $645 | $595 | $275 | $425 | $420 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 268 | $439 | $415 | $735 | $415 | $525 | $500 | $495 | $295 | $346 | $345 |
| Lane Powell | Seattle | 180 | $405 | $425 | $645 | $340 | $460 | $450 | $360 | $225 | $295 | $285 |

Page 2

A Nationwide Sampling of Law Firm Billing Rates – The National Law Journal

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys* | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average | Associate Billing Rate: Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lathrop & Gage | Kansas City, Mo. | 281 | $337 | $340 | $735 | $275 | $390 | $390 | $410 | $205 | $246 | $245 |
| Lewis, Rice & Fingersh | St. Louis | 162 | $275 | | $470 | $270 | | | $320 | $150 | | |
| Lowenstein Sandler | Roseland, N.J. | 249 | $478 | $480 | $895 | $435 | $613 | $595 | $660 | $250 | $400 | $390 |
| Manatt, Phelps & Phillips | Los Angeles | 322 | $602 | $620 | $850 | $540 | $676 | $670 | $550 | $215 | $464 | $500 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | $245 | $275 | $575 | $295 | $350 | $375 | $325 | $185 | $250 | $235 |
| McKenna Long & Aldridge | Atlanta | 425 | $472 | $455 | $800 | $405 | $562 | $540 | $510 | $215 | $374 | $375 |
| Michael Best & Friedrich | Milwaukee | 208 | $321 | $310 | $650 | $245 | $413 | | $310 | $205 | $241 | |
| Miller & Martin | Chattanooga, Tenn. | 184 | $313 | $325 | $610 | $240 | $369 | $375 | $275 | $185 | $215 | $215 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | $318 | $310 | $850 | $220 | $412 | $400 | $350 | $170 | $255 | $250 |
| Nexsen Pruet | Columbia, S.C. | 178 | | | $550 | $235 | | | $265 | $170 | | |
| Patton Boggs | Washington | 512 | $546 | $540 | $990 | $410 | $659 | $645 | $570 | $240 | $410 | $415 |
| Pepper Hamilton | Philadelphia | 459 | | | $825 | $380 | $557 | | $460 | $235 | $344 | |
| Perkins Coie | Seattle | 693 | $462 | | $875 | $285 | $550 | $545 | $590 | $215 | $368 | |
| Phelps Dunbar | New Orleans | 280 | $236 | $225 | $465 | $190 | $281 | $275 | $245 | $150 | $189 | $190 |
| Polsinelli Shughart | Kansas City, Mo. | 466 | | | $630 | $275 | | | $335 | $205 | | |
| Saul Ewing | Philadelphia | 220 | $431 | $450 | $750 | $350 | $502 | $490 | $495 | $245 | $326 | $300 |

Page 3

A Nationwide Sampling of Law Firm Billing Rates – The National Law Journal

| Firm Name | Principal or Largest Office | Average full-time equivalent Attorneys* | Firmwide Average Billing Rate | Firmwide Median Billing Rate | Partner Billing Rate: High | Partner Billing Rate: Low | Partner Billing Rate: Average | Partner Billing Rate: Median | Associate Billing Rate: High | Associate Billing Rate: Low | Associate Billing Rate: Average | Associate Billing Rate: Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schulte Roth & Zabel | New York | 406 | $615 | $630 | $935 | $770 | $846 | $840 | $675 | $285 | $608 | $580 |
| Seyfarth Shaw | Chicago | 702 | $437 | $425 | $790 | $355 | $528 | $525 | $505 | $225 | $341 | $340 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | | | $860 | $505 | | | $635 | $275 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 208 | $345 | $365 | $555 | $265 | $364 | $375 | $320 | $195 | $252 | $250 |
| Stoel Rives | Portland, Ore. | 373 | $385 | $395 | $625 | $320 | $451 | $450 | $500 | $195 | $292 | $275 |
| Strasburger & Price | Dallas | 181 | $363 | $362 | $630 | $211 | $395 | $397 | $332 | $199 | $250 | $238 |
| Thompson & Knight | Dallas | 319 | $520 | $520 | $875 | $440 | $594 | $585 | $460 | $250 | $358 | $350 |
| Thompson Coburn | St. Louis | 325 | | | $750 | $315 | | | $445 | $195 | | |
| Ulmer & Berne | Cleveland | 179 | $316 | | $585 | $280 | $405 | | $390 | $200 | $260 | |
| Vedder Price | Chicago | 246 | $445 | $445 | $735 | $295 | $500 | $490 | $520 | $265 | $345 | $335 |
| Winstead | Dallas | 265 | $406 | | $680 | $365 | $477 | | $410 | $215 | $301 | |
| Winston & Strawn | Chicago | 868 | $557 | $550 | $1,130 | $580 | $713 | $700 | $600 | $350 | $434 | $413 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $312 | $350 | $500 | $240 | $325 | $375 | $275 | $180 | $220 | $235 |