Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Dale James Morgado
Dmorgado@ffmlawgroup.com
Feldman, Fox & Morgado, P.A.
100 North Biscayne Blvd.
29th Floor, Suite 2902
Miami, Florida 33132
Telephone:   (305) 222-7850
Facsimile:    (305) 384-4676

Attorneys for Plaintiff Luis Rosado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>EBAY, INC., a Delaware corporation,<br><br>    Defendant. | Case No.:  5:12-cv-04005-EJD<br><br>Assigned for all purposes to the Hon. Edward J. Davila<br><br>**DECLARATION OF LUIS ROSADO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPREENTATIVE ENHANCEMENT PAYMENT**<br><br>Date:    February 25, 2016<br>Time:    9:00 a.m.<br>Place:   Courtroom 4 |

# DECLARATION OF LUIS ROSADO
# IN SUPPORT OF MOTON FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

I, Luis Rosado, hereby declare:

1. I am a party to this action. Unless the context indicates otherwise, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees, Costs and Class Representative Enhancement Payment.

2. This lawsuit arises out of an incident in which I listed an automobile for sale on eBay for a period of 21 days and was charged $36. Seven days later, a buyer clicked on the "Buy It Now" button purportedly to purchase the vehicle, but did not purchase the vehicle. As a result, eBay automatically delisted the vehicle but did not refund the unused portion of the fee.

3. By deciding to file this lawsuit, I agreed to not only pursue my own claim against eBay, but to seek to represent the interests of a class of consumers who have had similar experiences with the "Buy It Now" feature. I formally accepted the responsibilities of representing class members and the risks attendant to that undertaking.

4. Throughout this litigation, I have conferred with my attorneys regarding the specific facts of my transaction and have reviewed the original complaint and subsequent complaints filed with the Court. I have also conferred with my attorneys concerning eBay's efforts to dismiss this case. Finally, I conferred with my attorneys throughout the settlement process in this case, and provided specific information requested by eBay concerning my transaction as part of the mediation process. As a result, I have spent a significant amount of time working with my attorneys prosecuting my claim and those of the class I seek to represent.

1
2    I declare under penalty of perjury under the laws of the United States of
3    America that the foregoing is true and correct.
4    Executed on November 30, 2015 at St. Petersburg, Florida. 
5
6
7
...
28

Page 2
DECLARATION OF LUIS ROSADO ISO MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT