Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
G. Arthur Meneses (SBN 105260)
AMeneses@initiativelegal.com
Initiative Legal Group APC
1801 Century Park East, Suite 2500
Los Angeles, California 90067
Phone Number: (310) 556-5637
Fax Number:   (310) 861-9051

Former Counsel of Record for Luis Rosado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>EBAY, INC., a Delaware corporation,<br><br>    Defendant. | Case No.:  5:12-cv-04005-EJD<br><br>Assigned for all purposes to the Hon. Edward J. Davila<br><br>**DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT**<br><br>Date:    February 25, 2016<br>Time:   9:00 a.m.<br>Place:   Courtroom 4 |

**DECLARATION OF G. ARTHUR MENESES**

I, G. Arthur Meneses, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and am a graduate of the University of California, Los Angeles School of Law. Unless the context indicates otherwise, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them. I am a partner at Initiative Legal Group APC ("Initiative"), former counsel of record for Plaintiff Luis Rosado. I make this declaration in support of the Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payment.

**INITIATIVE LEGAL GROUP APC FIRM PROFILE**

2. Based upon information and belief, primarily from having been employed at Initiative for over five years, I make the following statements regarding Initiative. Founded in 2002, Initiative prosecutes class actions and other complex litigation on behalf of consumers, employees, and others whose rights have been violated. Initiative has successfully certified over a dozen class actions by way of *contested* motions and has been appointed Interim Lead Counsel in a number of other cases. In *Nevins v. UHS of Delaware* (L.A. Super. Ct. No. BC322077), Initiative certified a class of more than 1500 nurses and other healthcare employees alleging unpaid overtime and waiting-time penalties. In *Smith v. The Children's Place* (L.A. Super. Ct. No. BC328780), Initiative's motion for class certification as to the class members' claims for unpaid overtime, waiting-time penalties, and uncompensated meal breaks and rest periods was granted. In *Padovani v. Citicorp Investment Services, Inc.* (C.D. Cal. No. 07-00113), Initiative was appointed lead counsel of the actions brought against Citicorp for the company's alleged failure to properly classify employees as non-exempt and to pay them overtime. In *Palos v. Int'l Protective Servs., Inc.* (L.A. Super. Ct. No. BC323209), Initiative certified a class of thousands of

Page 1

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

security guards for claims arising under California Labor Code section 223 (covertly paying lower-than-required wages) and California Business and Professions Code section 17200.  In *Taylor v. Ross Stores, Inc.* (San Bernardino Super. Ct. No. RCV 065453, JCCP 4331), a case initially pending and certified in Orange County before being consolidated with two related cases in San Bernardino County, Initiative successfully certified a class of assistant managers misclassified as exempt from overtime pay, who consequently did not receive overtime pay, meal or rest periods, and also had unlawful deductions taken from their earned bonuses.  As lead counsel, Initiative negotiated the court-approved settlement of the consolidated cases.  In *Mansfield v. Brackenhoff Mgmt. Group, Inc.* (L.A. Super. Ct. No. BC356188), the court granted Initiative's certification motion on behalf of property managers alleging overtime, meal and rest period violations, and the failure to timely pay wages upon termination.  In *Lopez v. Discount Tire Centers* (L.A. Super. Ct. No. BC399137), the court appointed Initiative as lead counsel of the coordinated cases against Discount Tire Centers which alleged that the company failed to provide employees with Labor Code compliant meal and rest periods and to pay the requisite premiums as a consequence of that failure.  In *Parks v. Walt Disney Internet Group* (C.D. Cal. No. 08-1380), the district court granted Initiative's motion for conditional class certification of a collective action under the Fair Labor Standards Act on behalf of misclassified financial analysts.  In *In re Fidelity Overtime Litig.* (C.D. Cal. 06-07765), Initiative was appointed interim lead counsel of the consolidated actions against Fidelity which alleged that the company had improperly classified employees as exempt from certain provisions of the California Labor Code and the Fair Labor Standards Act.  In *Myart v. AutoZone, Inc.* (Orange County Super. Ct. No. 05CC03219), Initiative certified a class of approximately 30,000 retail store employees alleging unpaid off-the-clock work.  In *Mares v. BFS Retail & Commercial Operations, LLC* (L.A. Super. Ct. No. BC375967),

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

Initiative certified a class of approximately 3200 current and former technicians and front-shop employees for the miscalculation of the regular rate in the payment of premiums for missed meal and rest breaks. In *Augustus v. American Commercial Sec. Servs.* (L.A. Super. Ct. No. BC336416), Initiative, with co-counsel, certified two subclasses of security guards for alleged meal and rest period violations. In *Blair v. Jo-Ann Stores, Inc.* (L.A. Super. Ct. No. BC394795), Initiative, with co-counsel, certified claims including misclassification, uncompensated meal breaks and rest periods, and off-the-clock work on behalf of over 10,000 class members. In *Delgado v. New Albertson's Inc.* (C.D. Cal. No. 07-07857), Initiative certified a class of more than 42,000 current and former retail employees who received non-compliant wage statements under the California Labor Code Private Attorneys General Act ("PAGA"), codified at California Labor Code sections 2698, et seq. In *Zamora v. Balboa Life & Casualty LLC* (L.A. Super Ct. No. BC360026), Initiative certified a class of approximately 10,000 hourly-paid Countrywide employees across six subclasses. In *Muhammad v. Bare Escentuals, Inc.* (L.A. Super. Ct. No. BC405569), Initiative certified a class of 1700 current and former retail employees who received non-compliant wage statements. In *Yousefian v. 21st Century Insurance Company* (C.D. Cal. No. 10-01077), Initiative conditionally certified a collective action on behalf of current and former sales representatives for claims arising under the Fair Labor Standards Act. In *Cintron v. Automobile Club of Southern Cal.* (Orange County Super. Ct. No. 30-2009-00180103-CU-OE-CXC), Initiative, along with co-counsel, certified a class of approximately 2200 sales agents for alleged meal and rest period violations and off-the-clock work. In *Smith v. Incredible Entertainment, Inc.* (Placer County Super. Ct. No. SCV 26038), Initiative certified a class of over 3800 individuals who were employed as non-exempt employees for alleged rest period violations.

3. Also based upon information and belief, primarily from having been

Page 3

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

employed at Initiative for over five years, I make the following statements Either on its own, or with co-counsel, Initiative has received final approval of settlements totalling tens of millions of dollars on behalf of hundreds of thousands of class members, including in the following cases: *In re Michelin North Am., Inc. Pax Sys. Marketing & Sales Prac. Litig.* (No. 8:08-md-01911-RWT) (nationwide settlement on behalf of approximately 94,000 class members who owned Honda vehicles with Michelin tires that were, among other deficiencies, predisposed to premature tread wear); *Ehrlich v. BMW of North America, LLC* (C.D. Cal. Case No. 10-cv-01151) (nationwide consumer class action settlement on behalf of over 420,000 current and former Mini Cooper owners and lessees); *Holliman v. Kaiser Found. Health Plan* (Alameda Super. Ct. No. C06-0755 SC) (settlement on behalf of healthcare workers for unpaid overtime and wage statement violations); *Dunlap v. Bank of Am.* (L.A. Super. Ct. No. BC328934) (settlement on behalf of tellers, account representatives, and other non-exempt employees for unpaid overtime and meal and rest break claims); *Brannon v. Midland Credit Mgmt., Inc.* (San Diego Super. Ct. No. GIC 864722) (settlement on behalf of class of misclassified account managers); *Taylor v. Ross Stores, Inc.* (San Bernardino Super. Ct. No. RCV 065453, JCCP 4331) (settlement on behalf of certified class of misclassified assistant store managers); *Case v. Toyohara America Inc.* (L.A. Super. Ct. No. BC328111) (settlement of various wage and hours claims, including the failure to pay overtime); *Guzman v. GAP* (L.A. Super. Ct. No. BC310168) (settlement on behalf of misclassified store managers); *Sunio v. Marsh* (L.A. Super. Ct. No. BC328782) (settlement on behalf of misclassified account representatives); *Kenemixay v. Nordstrom, Inc.* (L.A. Super. Ct. No. BC318850) (settlement of claims for unpaid overtime and missed meal and rest breaks); *Mavrogiorgos v. Rite Aid Corp.* (S.D. Cal. No. 05-0923) (settlement of wage statement violations on behalf of non-exempt employees); *Meints v. Kohl's* (San Diego Super. Ct. No.

Page 4

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

GIC 842807) (settlement of non-exempt employees' claims for missed/uncompensated meal breaks and rest periods); *Jordan v. Enter. Car Rental* (L.A. Super. Ct. No. BC327390) (settlement of unpaid overtime claims); *Gunter v. Fidelity Nat. Fin. Inc.* (C.D. Cal. No. 07-4284) (settlement of second-generation misclassification-based overtime, meal break, and rest period claims, as well as wage statement violations); *Smith v. The Children's Place* (L.A. Super. Ct. No. BC328780) (settlement of unpaid regular rate for overtime, waiting time penalties, and meal and rest break claims on behalf of retail store managers); *Mansfield v. Brackenhoff Mgmt. Group, Inc.* (L.A. Super. Ct. No. BC356188) (settlement of misclassification-based overtime, meal and rest break claims, and wage statement violations); *Barrett v. The St. John Companies, Inc.* (L.A. Super. Ct. No. BC354278) (settlement of claims for miscalculated regular rate for overtime, meal and rest break claims, and wage statement violations on behalf of salespersons and warehouse workers); *Webster v. Sprint PCS, Inc.* (C.D. Cal. No. 06-04623) (settlement of several wage and hour claims, including the failure to provide accurate wage statements); *Simpson v. e*Trade* (C.D. Cal. No. 06-00156) (settlement of wage and hour claims, including the failure to provide meal and rest periods); *Winzelberg v. Liberty Mutual* (C.D. Cal. No. 07-0460) (settlement of misclassification-based overtime, meal and rest break claims, as well as unreimbursed business expenses and wage statement violations on behalf of a class of sales representatives); *In re The Pep Boys Overtime Action* (C.D. Cal. No. 07-01755) (settlement of overtime, meal and rest break claims, and wage statement violations on behalf of retail and "backshop" employees); *Blackner v. AmeriPark, Inc.* (L.A. Super. Ct. No. BC363075) (settlement of overtime, meal and rest break claims, and wage statement violations on behalf of valets and other similar non-exempt hourly employees); *Perry v. SunAmerica* (C.D. Cal. No. 07-1193) (settlement of claims for unpaid overtime, missed meal and rest periods, and unreimbursed expenses); *Flores v.*

Page 5

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

*CVS Pharmacy, Inc.* (C.D. Cal. No. 07-05326) (settlement on behalf of non-exempt retail drugstore employees for unpaid overtime, meal and rest break claims, and wage statement violations); *Padovani v. Citicorp Inv. Servs., Inc.* (C.D. Cal. No. 07-00113) (settlement of misclassification-based unpaid overtime and missed meal and rest periods, unlawful deductions, and unreimbursed business expenses on behalf of securities brokers); *Clymer v. Candle Acquisition Co.* (L.A. Super. Ct. No. BC328765) (settlement for unpaid overtime, meal and rest break claims, wage statement violations, and waiting time penalties); *Mobley v. GlobeGround North Am. LLC* (L.A. Super. Ct. No. BC356051) (settlement of wage statement claims for all non-exempt class members and subclass of bus drivers, settling their meal and rest break claims); *Hill v. Eddie Bauer* (C.D. Cal. No. 06-05224) (settlement of over 1000 non-exempt employees for several wage and hour violations); *Jost v. Sizzler USA Rests., Inc.* (L.A. Super. Ct. No. BC326914) (settlement for unpaid overtime, meal and rest break claims, waiting time penalties, forfeited vacation time, and wage statement violations on behalf of general managers and restaurant managers); *Anderson v. Drive Time Car Sales, Inc.* (L.A. Super. Ct. No. BC398475) (settlement of claims for unpaid overtime, meal and rest break claims, waiting time penalties, wage statement violations, and unpaid off-the-clock work for account representatives and loan managers); *Bank of the West Fin. Consultants Wage and Hour Cases* (L.A. Super. Ct. JCCP No. 4508) (settlement of misclassification-based overtime, wage statement violations, improper deductions, meal or rest break claims, claims relating to keeping records of time worked, unreimbursed business expenses, waiting time penalties for financial consultants and financial consultant trainees); *In Re AXA Wage and Hour Litig.* (N.D. Cal. No. 06-4291) (settlement for unreimbursed business expenses, improper deductions, meal and rest break claims, and claims relating to keeping records of time worked); *In Re ML Stern Overtime Litig.* (S.D. Cal. No. 07-00118) (settlement on behalf of class

Page 6

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

of misclassified account executives for unpaid overtime, missed meal and rest periods, improper costs and deductions, and unreimbursed business expenses); *Acheson v. G.A.L.A., Inc.* (Santa Clara Super. Ct. No. 107-099461) (settlement for overtime wages, split-shift premiums, meal and rest break claims, waiting time penalties, and wage statement violations); *Galtie v. ARS Nat'l Servs. Inc.* (San Diego Super. Ct. No. 37-2007-0056871) (settlement of wage statement claims for all non-exempt class members); *Home Depot Employment Cases* (L.A. Super. Ct. JCCP No. 4383) (settlement of wage and hour claims, including claims for unpaid meal and rest period premiums); *Nevarez v. Trader Joe's Co.* (L.A. Super. Ct. No. BC373910) (settlement on behalf of non-exempt employees for several wage and hour claims, including meal and rest breaks); *Martinez v. Torrance Mem. Med. Ctr.* (L.A. Super. Ct. No. BC386630) (settlement on behalf of non-exempt employees for several wage and hour claims, including the failure to pay meal and rest period premiums); *Wu v. California State Auto. Ass'n.* (Alameda Super. Ct. No. RG08-402621) (settlement on behalf of hourly sales representatives and life insurance specialists for unreimbursed business expense claims); *Ordaz v. Rose Hills Mortuary L.P.* (L.A. Super. Ct. BC386500) (settlement on behalf of sales representatives, sales associates, sales counselors, and persons with similar job duties of business expense and wage statement claims); *Rivers v. Connect Television, Inc.* (L.A. Super. Ct. BC374605) (settlement on behalf of non-exempt warehouse and office workers of several wage and hour claims, including meal and rest breaks claims); *Ward v. Doyon Sec. Servs., LLC* (San Bernardino Super. Ct. BS 9000517) (settlement on behalf of non-exempt employees for several wage and hour claims, including meal and rest breaks claims); *Perez and Comeaux v. Standard Concrete Products, Inc.* (Orange County Super. Ct. No. 30-2008-00211820) (settlement of several wage and hour claims, including claims for unpaid meal and rest period premiums and overtime); *Taylor v. Mobile Mini, Inc.* (San Bernardino Super. Ct. No.

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

CIVSS705070) (settlement on behalf of current or former non-exempt truck drivers of several wage and hour claims, including meal and rest break claims); *Weisbarth and List v. H&R Block Fin. Advisors, Inc.* (C.D. Cal. No. 07-00236) (settlement on behalf of financial advisors of wage and hour claims); *Blair et al. v. Jo-Ann Stores, Inc.* (L.A. Super. Ct. No. BC394795) (settlement on behalf of over ten thousand former and current employees of Jo-Ann Stores of several wage and hour claims); *Bejarano v. Amerisave Mortgage Corp.* (E.D. Cal. No. 08-00599) (settlement of several wage and hour claims); *Mares v. BFS Retail & Commercial Operations, LLC* (L.A. Super. Ct. No. BC375967) (settlement of wage and hour claims, including claims for unpaid meal and rest period premiums); *Berrymon v. St. Vincent Med. Ctr.* (L.A. Super. Ct. No. BC391114) (settlement on behalf of over one thousand employees for violation of Labor Code section 226); *Ronn v. Anthem Blue Cross* (Ventura Super. Ct. No. 2008-00328601-CU-OE-VTA) (settlement on behalf of telemarketing representatives for numerous wage and hour claims); *Contreras v. Bank of America, N.A.* (San Francisco Super. Ct. No. CGC-07-467749) (settlement on behalf of mortgage loan officers for multiple wage and hour claims, including the failure to reimburse for all business-related expenses); *Munoz v. J.C. Penney Corp., Inc.* (C.D. Cal. No. 09-00833) (settlement on behalf of over 70,000 non-exempt former and current retail store employees for several wage and hour claims, including the failure to pay premiums for missed meal and rest breaks); *Chin v. Wachovia Financial Services Inc.* (N.D. Cal. No. 08-00684) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Burrows v. Combined Ins. Co. of Am.* (E.D. Cal. No. 08-01752) (settlement on behalf of nearly 1000 current and former employees for various wage and hour claims including the failure to reimburse for business expenses); *Cascarejo v. Pac. Cheese Co., Inc.* (Alameda Super. Ct. No RG09457940) (settlement of wage and hour claims, including the failure to provide meal and rest periods);

Page 8

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

*Kisliuk v. ADT Security Servs., Inc.* (C.D. Cal. No. 08-03241) (settlement of wage and hour claims, including the failure to reimburse for business expenses, on behalf of a class of over 3000 employees); *Silva v. Catholic Mortuary Servs., Inc.* (L.A. Super. Ct. No. BC408054) (settlement of wage and hour claims including the failure to reimburse for business related expenses); *Aguiar v. Cingular Wireless LLC et al.* (C.D. Cal. No. 05-02907) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums, on behalf of a class of 11,800 persons); *Blue v. Coldwell Banker Residential Brokerage Co.* (L.A. Super. Ct. No. BC417335) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *LaGaisse v. 20/20 Powervision* (Riverside Super. Ct. No. RIC 528973) (two settlements of wage-and-hour claims, including the failure to reimburse for business-related expenses, as to Defendants 20/20 Powervision and 20 20 Communications); *Ethridge v. Universal Health Servs.* (L.A. Super. Ct. No. BC391958) (settlement of several wage and hour claims, including the failure to timely pay wages upon termination of employment); *Magee v. Am. Residential Servs. LLC* (L.A. Super. Ct. No. BC423798) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Chin v. Countrywide Home Loans, Inc.* (San Joaquin Super. Ct. No.: 39-2010-00252741-CU-OE-STK) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Romani v. Mercury Insurance, Inc.* (Orange County Super. Ct. No. 06CC00134) (settlement of wage and hour claims, including the failure to provide properly formatted wage statements); *Weyl v. Big 5 Corp.* (San Diego Super. Ct. No. 37-2009-00093109-CU-OE-CTL) (settlement of wage and hour claims, including the failure to timely pay wages upon termination of employment); *Gutierrez v. Lowe's HIW, Inc.* (Stanislaus County Super. Ct. No. 657474) (settlement of wage and hour claims, including the failure to provide adequate seating); *Kabamba v. Victoria's Secret Stores*

*LLC* (L.A. Super. Ct. No. BC368528) (settlement on behalf of a class of over 68,000 individuals for claims arising out of Victoria's Secret Stores' alleged failure to, among other things, provide meal and rest periods in compliance with the California Labor Code); *Acheson v. Express LLC* (Santa Clara Super. Ct. No. 109CV135335) (settlement on behalf of approximately 15,900 former and current employees of wage and hour claims, including the failure to provide meal and rest period premiums); *Myart v. AutoZone, Inc.* (Orange County Super. Ct. No. 05CC03219) ($9 million settlement, including fees and costs, to resolve the certified class action on behalf of approximately 35,000 Class Members); *Brandt v. Sacramento Auto Insurance Center, Inc.* (San Joaquin County Super. Ct. Case No. 39-2009-00202938-CU-OE-STK) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums and overtime); *Hickson v. South Coast Auto Insurance Marketing, Inc.* (L.A. Super. Ct. Case No. BC390395) (settlement of wage and hour claims including the failure to reimburse for business related expenses); *Muhammad v. Bare Escentuals, Inc.* (L.A. Super. Ct. Case No. BC405569) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums, on behalf of a class of approximately 2350 persons); *Daniels v. The Decurion Corp.* (L.A. Super. Ct. Case No. BC448955) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Madderra v. AKH Company*, *Inc.* (L.A. Super. Ct. Case No. BC399429) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Morgan v. Peet's Coffee & Tea, Inc.* (Orange County Super. Ct. Case No. 30-2010-00350879) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Johnston v. American Fidelity Assurance Co.* (Fresno Super. Ct. Case No. 09CECG03909) (settlement of wage and hour claims, including unlawful deductions from employee earnings); *Schiller v. David's Bridal, Inc*. (E.D. Cal. Case No. 10-00616) (settlement of wage and hour

Page 10

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

claims, including the failure to provide meal and rest period premiums); *Hill v. Sunglass Hut Trading LLC* (L.A. Super. Ct. Case No. BC422934) (settlement of wage and hour claims, including the failure to provide meal and rest period premiums); *Gong-Chun v. Aetna Life Insurance Company* (E.D. Cal. Case No. 09-01995) (settlement on behalf of over 2000 former and current Aetna employees for wage and hour violations, including the failure to pay meal and rest period premiums); *Yousefian v. 21st Century Insurance Co.* (C.D. Cal. Case No. 10-01077) (settlement on behalf of over 250 California and Texas class members for claims arising under the California Labor Code and Fair Labor Standards Act); *Colsa v. Freeway Insurance Services, Inc.* (Riverside Super. Ct. Case No. RIV10018869) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums and overtime); *Carbajal v. Sally Beauty Supply LLC* (San Bernardino Super. Ct. Case No. CIVVS1004307) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Contreras v. Serco, Inc.* (C.D. Cal. Case No. 10-cv-04256) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Palencia v. 99 Cents Only Stores* (Sacramento County Superior Court Case No. 34-2010-00079619) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Collins v. GameStop* (N.D. Cal. Case No. 10-01210) (consumer class action settlement on behalf of over 700,000 California GameStop customers); *Bostic v. World Mortgage Co.* (Contra Costa Super. Ct. Case No. MSC 10-00102) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *White v. Tommy Hilfiger Retail, LLC* (San Bernardino Super. Ct. Case No. CIVBS1000786) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Dupre v. General Motors* (San Bernardino Super. Ct. Case No. CIVBS1002867) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Sotoudeh v.*

Page 11

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

*Panera Bread Co.* (Contra Costa Super. Ct. Case No. MSC09-03455) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Brown v. BJ's Restaurants* (Orange County Super. Ct. Case No. 30-2010-00343549-CU-OE-CXC) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Lauderdale v. Federal Express Corp.* (N.D. Cal. Case No. C07-02505) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *Marrufo v. The Gap* (Riverside County Super. Ct. Case No. RIC1108291) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); *BCBG Wage and Hour Cases* (Orange County Super. Ct. Case No. JCCP 4582) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums); and *Bercea et al. v. AE Retail West* (Sacramento Super. Ct. Case No. 34-2012-00123947) (settlement of wage and hour claims, including the failure to pay meal and rest period premiums and overtime).

**ATTORNEYS' FEES, LITIGATION COSTS, AND EXPENSES**

4. Based on my review of Initiative's billing records: (i) Lesley Weaver, former senior counsel, billed a total of 91.1 hours to the litigation at an hourly rate of $665, for a total of $60,581.50; (ii) Vijayta R. Chetty, a former associate, billed a total of 14 hours to the litigation at an hourly rate of $350, for a total of $4,900; and (ii) Allison Marani, a former associate, billed a total of 10.6 hours to the litigation at an hourly rate of $320, for a total of $3,392. Altogether, Initiative's attorneys billed a total of 115.7 hours to the litigation, which are reasonably valued at $68,873.50.

5. Initiative's hourly rates are comparable to those judicially approved for other plaintiff's firms. *See*, *e.g.*, *Faigman v. AT&T Mobility LLC*, 2011 U.S. Dist. LEXIS 15825, * 2 (N.D. Cal. Feb. 15, 2011) (approving hourly rates of $650 an hour for partner services and $500 an hour for associate attorney services); *Richard v. Ameri-Force Mgmt. Servs., Inc.* (San Diego Super. Ct.,

Page 12

DECLARATION OF G. ARTHUR MENESES IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT

August 27, 2010, No. 37-2008-00096019) ($695 to $750 an hour for partners; $495 an hour for associates); *Barrera v. Gamestop Corp.* (C.D. Cal. Nov. 29, 2010, No. CV 09-1399) ($700 an hour for partners; $475 an hour for associates); and *Anderson v. Nextel Retail Stores, LLC* (C.D. Cal. June 20, 2010, No. CV 07-4480) ($655 to $750 an hour for partners; $300 to $515 an hour for associates).

6. Initiative reasonably incurred and advanced $7,864.86 in costs, including costs for court fees, service of process, etc.

| Categories | Amount |
|---|---:|
| Copying, Printing & Scanning and Facsimiles | $27.00 |
| Court Fees, Filings & Service of Process | $1,552.68 |
| Delivery & Messenger (UPS, FedEx, messenger, etc.) | $18.28 |
| Web Outreach | $665.00 |
| Research Services (PACER, Lexis, etc.) | $826.20 |
| Telephone (Long distance, conference calls, etc.) | $13.29 |
| Travel & Lodging | $4,762.41 |
| **Total** | **$7,864.86** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2015 at Los Angeles, California.

G. Arthur Meneses