1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Robert K. Friedl (SBN 134947)
   Robert.Friedl@capstonelawyers.com
3  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
4  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
5  Capstone Law APC
   1840 Century Park East, Suite 450
6  Los Angeles, California 90067
   Telephone:   (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Dale James Morgado
   Dmorgado@ffmlawgroup.com
9  Feldman, Fox & Morgado, P.A.
   100 North Biscayne Blvd.
10 29th Floor, Suite 2902
   Miami, Florida 33132
11 Telephone:   (305) 222-7850
   Facsimile:   (305) 384-4676

12
13 Attorneys for Plaintiff Luis Rosado

14                     UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

16

| | |
|---|---|
| 17  LUIS ROSADO, individually, and on behalf of other members of the general public similarly situated, | Case No.: 5:12-cv-04005-EJD |
| 18 | Assigned for all purposes to the Hon. Edward J. Davila |
| 19         Plaintiff, | |
| 20   vs. | **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPREENTATIVE ENHANCEMENT PAYMENT** |
| 21  EBAY, INC., a Delaware corporation, | |
| 22         Defendant. | |
| 23 | Date:   February 25, 2016<br>Time:   9:00 a.m.<br>Place:  Courtroom 4 |

24
25
26
27
28

# ORDER

On February 25, 2016, at 9:00 a.m., this Court conducted the Final Fairness Hearing, which included consideration of Plaintiff's Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of 25% of the common fund created by the settlement is reasonable for a contingency fee in a class action such as this. Plaintiff's counsel have also provided sufficient evidence to establish that the award is reasonable in light of their lodestar cross-check, which the Court finds to be the product of reasonable hourly rates and time billed to this matter. Additionally, evidence submitted by Plaintiff's counsel demonstrates that the requested costs and expenses of $13,050.04 are fair and reasonable.

2. The Court accordingly awards a total of $300,000 in attorneys' fees and $13,050.04 in costs and expenses to Plaintiff's counsel, Capstone Law APC.

3. The Court awards a Class Representative Enhancement Payment of $5,000 to Plaintiff Luis Rosado.

**IT IS SO ORDERED.**

Dated: _____

Honorable Edward J. Davila
United States District Judge