# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Judge Edward J. Davila
Courtroom 4 - 5th Floor
### Civil Minute Order

## TITLE: Luis Rosado v. eBay Inc.
## CASE NUMBER: 5:12-cv-04005 EJD

Date: February 25, 2016
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Lee-Anne Shortridge

**TIME IN COURT:** 9 mins
(9:05 – 9:16 AM)

### APPEARANCES:
Plaintiff(s) Attorney(s) present: Robert Friedl
Defendant(s) Attorney(s) present: William Donovan

### PROCEEDINGS: (1) Motion for Final Approval of Settlement (Doc. 103), (2) Motion for Attorney Fees (Doc. 100)

### ORDER AFTER HEARING:
Hearing held.
The Court took the matter under submission after oral argument. The Court to issue further Order following hearing.


Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: