

Melissa A. Juarez

*Class Member*
Case No. 5:12-CV-04005 EJD

45 Hancock Street, Unit 203
Quincy, MA 02171

## SECOND LETTER

June 5, 2017

Rosado v. eBay QSF
Settlement Administrator
c/o Heftier Claims Group
P.O. Box 710
Philadelphia, PA 19105-0710

Re:    Check No. 36776 - Case No. 5:12-CV-04005 EJD

Dear Settlement Administrator:

By letter dated April 27, 2017 (copy attached) I requested you re-issue check No. 36776 to me due to the date on the check of 9/20/2016. It was received by me on or about April 27, 2017 - a full 7 months after it was issued.

**No response has been provided.** Again, please re-issue this check. I have cc'd the court to give them notice that I am requesting you to remedy this deficiency.

Thank you,

Melissa A. Juarez

MJ/


Cc:    District Court for the Northern District of California



Melissa A. Juarez
45 Hancock Street, Unit 203
Quincy, MA 02171

United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

RECEIVED
JUN -9 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA